**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Northern District of Texas

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Fredrick Lee Press Plumbing, LLC | |
| **2. All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 7 5 – 2 8 7 1 3 5 3 | |
| **4. Debtor's address** | **Principal place of business**<br><br>9056 FM 1641<br>Number    Street<br><br>Terrell, TX 75160<br>City            State    ZIP Code<br><br>Kaufman<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>City            State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City            State    ZIP Code |
| **5. Debtor's website (URL)** | www.fredsplumbing.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page **1**

Debtor     Fredrick Lee Press Plumbing, LLC     Case number *(if known)* _____
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>__ __ __ __ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When ____/____/____ Case number _____<br>                                                MM / DD / YYYY<br>        District _____ When ____/____/____ Case number _____<br>                                                MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>        District _____ When ____/____/____<br>                                                     MM / DD / YYYY<br>        Case number, if known _____ |

Debtor __Fredrick Lee Press Plumbing, LLC_____  Case number *(if known)* _____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☑ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   Fredrick Lee Press Plumbing, LLC　　　　　　　　　　　　　　　　　　　Case number *(if known)*　　　　　　　　
　　　　　Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/14/2023
　　　　　　　MM/ DD/ YYYY

**X**   /s/ Nathan Smith　　　　　　　　　　　　　　　　　Nathan Smith　　　　
Signature of authorized representative of debtor　　　　　Printed name

Title　　　　　　　Owner　　　　　　　

**18. Signature of attorney**

**X**　　　　　　/s/ Robert C Lane　　　　　　　　Date   11/14/2023
Signature of attorney for debtor　　　　　　　　　　　　　MM/ DD/ YYYY

　Robert C Lane　　　　　　　　　　　　　　　　　　　　　　　　　
Printed name

　The Lane Law Firm　　　　　　　　　　　　　　　　　　　　　　
Firm name

　6200 Savoy Dr Ste 1150　　　　　　　　　　　　　　　　　　　　
Number　　　Street

　Houston　　　　　　　　　　　　　　　　　TX　　　77036-3369　
City　　　　　　　　　　　　　　　　　　　　State　　　ZIP Code

　(713) 595-8200　　　　　　　　　　　　　notifications@lanelaw.com　
Contact phone　　　　　　　　　　　　　　　Email address

　24046263　　　　　　　　　　　　　　　　TX　　　　　　　　　
Bar number　　　　　　　　　　　　　　　　State

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

   a. Total assets                                             $1,425,926.00
   b. Total debts (including debts listed in 2.c., below)      $4,416,560.19
   c. Debt securities held by more than 500 holders

   |                                             | Approximate number of holders: |
   |---------------------------------------------|-------------------------------|
   | secured ☐ unsecured ☐ subordinated ☐        |                               |
   | secured ☐ unsecured ☐ subordinated ☐        |                               |
   | secured ☐ unsecured ☐ subordinated ☐        |                               |
   | secured ☐ unsecured ☐ subordinated ☐        |                               |
   | secured ☐ unsecured ☐ subordinated ☐        |                               |

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business: Fred's Plumbing is a service and repair plumbing company specializing in apartment communities in the DFW metro area.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Fill in this information to identify the case:**

Debtor name: Fredrick Lee Press Plumbing, LLC

United States Bankruptcy Court for the: Northern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bizfund LLC<br>2371 Mcdonald Ave 2nd Fl<br>Brooklyn, NY 11223 | | Merchant Cash Advance | Disputed | | | $108,934.00 |
| 2 | Blue Ribbon Funding<br>1317 Edgewater Drive Suite 1845<br>Orlando, FL 32804 | | Merchant Cash Advance | Disputed | | | $97,534.00 |
| 3 | Ford Motor Credit Company LLC<br>c/o National Bankruptcy Service Center<br>PO Box 62180<br>Colorado Springs, CO 80962 | | Purchase Money Security | | $55,223.45 | $36,500.00 | $18,723.45 |
| 4 | Ford Motor Credit Company LLC<br>c/o National Bankruptcy Service Center<br>PO Box 62180<br>Colorado Springs, CO 80962 | | Purchase Money Security | | $42,715.26 | $40,180.00 | $2,535.26 |
| 5 | Fox Capital Group, Inc.<br>803 S 21st Avenue<br>Hollywood, FL 33020 | | Merchant Cash Advance | Disputed | | | $175,000.00 |
| 6 | Knightsbridge Funding LLC<br>40 Wall Street Suite 2903<br>New York, NY 10005 | | Merchant Cash Advance | Disputed | | | $44,970.00 |
| 7 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262 | | Purchase Money Security | | $190,909.39 | $96,450.00 | $94,459.39 |
| 8 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262 | | Purchase Money Security | | $128,581.77 | $84,250.00 | $44,331.77 |

Debtor    Fredrick Lee Press Plumbing, LLC                                             Case number *(if known)*
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262 | | Purchase Money Security | | $60,885.39 | $43,850.00 | $17,035.39 |
| 10 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262 | | Purchase Money Security | | $47,840.63 | $41,800.00 | $6,040.63 |
| 11 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262 | | Purchase Money Security | | $46,800.84 | $41,800.00 | $5,000.84 |
| 12 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262 | | Purchase Money Security | | $46,251.00 | $41,800.00 | $4,451.00 |
| 13 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262 | | Purchase Money Security | | $44,361.81 | $42,350.00 | $2,011.81 |
| 14 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262 | | Purchase Money Security | | $42,787.96 | $41,800.00 | $987.96 |
| 15 | Newtek Small Business Finance<br>1981 Marcus Ave Suite 130<br>New Hyde Park, NY 11042 | | Business Loan | | $2,000,000.00 | $600,000.00 | $1,834,755.69 |
| 16 | Samson Funding<br>17 State Street, 6th Floor Suite 630<br>New York, NY 10004 | | Merchant Cash Advance | Disputed | | | $255,000.00 |
| 17 | Samson Group<br>400 Rella Blvd Suite 165-101<br>Suffern, NY 10901 | | Merchant Cash Advance | Disputed | | | $143,954.00 |
| 18 | Swift Funding Source Inc<br>2474 McDonald Ave<br>Brooklyn, NY 11223 | | Merchant Cash Advance | Disputed | | | $134,910.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Fredrick Lee Press Plumbing, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: Northern District of Texas</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration   Voluntary Petition

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/14/2023
                MM/ DD/ YYYY

X  /s/ Nathan Smith
Signature of individual signing on behalf of debtor

Nathan Smith
Printed name

Owner
Position or relationship to debtor

Official Form B202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**   Fredrick Lee Press Plumbing, LLC

Case No. _____

**Debtor**

Chapter ____11____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................ $48,500.00

   Prior to the filing of this statement I have received ..................................................................... $24,900.00

   Balance Due ................................................................................................................................. $23,600.00

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 11/14/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Fredrick Lee Press Plumbing, LLC**　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____11/14/2023_____　Signature _____/s/ Nathan Smith_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nathan Smith, Owner

BERKOVITCH & BOUSKILA, PLLC
1545 US 202 SUITE 101
POMONA, NY 10970


BIZFUND LLC
2371 MCDONALD AVE 2ND FL
BROOKLYN, NY 11223


BLUE RIBBON FUNDING
1317 EDGEWATER DRIVE SUITE 1845
ORLANDO, FL 32804


BRANDY PRESS-SMITH
9056 FM 1641
TERRELL, TX 75160


ERSHOWSKY VERSTANDIG
290 CENTRAL AVENUE SUITE 109
LAWRENCE, NY 11559


FORD MOTOR CREDIT COMPANY LLC
C/O NATIONAL BANKRUPTCY SERVICE CENTER
PO BOX 62180
COLORADO SPRINGS, CO 80962


FOX CAPITAL GROUP, INC.
803 S 21ST AVENUE
HOLLYWOOD, FL 33020


FREDRICK LEE PRESS
9056 FM 1641
TERRELL, TX 75160

FREDRICK LEE PRESS
PLUMBING, LLC
9056 FM 1641
TERRELL, TX 75160

FUNDATION GROUP LLC
11501 SUNSET HILLS ROAD SUITE 100
RESTON, VA 20190

GLOBAL MERCHANT CASH
INC.
640 BEAVERS STREET 415
NEW YORK, NY 10004

KNIGHTSBRIDGE FUNDING
LLC
40 WALL STREET SUITE 2903
NEW YORK, NY 10005

MERCEDES BENZ FINANCIAL
PO BOX 685
ROANOKE, TX 76262

NATHANIEL SMITH
9056 FM 1641
TERRELL, TX 75160

NEUBERT, PEPE & MONTEITH,
P.C.
195 CHURCH STREET, 13TH FLOOR
NEW HAVEN, CT 06510

NEWTEK SMALL BUSINESS
FINANCE
1981 MARCUS AVE SUITE 130
NEW HYDE PARK, NY 11042

BRANDY PRESS-SMITH
9056 FM 1641
TERRELL, TX 75160


SAMSON FUNDING
17 STATE STREET, 6TH FLOOR SUITE 630
NEW YORK, NY 10004


SAMSON GROUP
400 RELLA BLVD SUITE 165-101
SUFFERN, NY 10901


NATHANIEL SMITH
9056 FM 1641
TERRELL, TX 75160


SWIFT FUNDING SOURCE INC
2474 MCDONALD AVE
BROOKLYN, NY 11223


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


U.S. SMALL BUSINESS
ADMINISTRATION
LOAN SERVICING CENTER
2120 RIVERFRONT DRIVE SUITE 100
LITTLE ROCK, AR 72202

ZAHAV ASSET MANAGEMENT
LLC
234 CEDARHURST AVE. APT. 21B
CEDARHURST, NY 11516