IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **FREDRICK LEE PRESS PLUMBING, LLC** | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 23-32662** |

## BALANCE SHEET

# Fred's Plumbing

## Balance Sheet

As of November 9, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       CHASE BUS PREM SAV (5933) - 6 | 1.00 |
|       PLAT BUS CHECKING (9198) - 6 | 19,794.26 |
|     **Total Bank Accounts** | **$19,795.26** |
|     Accounts Receivable | |
|       1200 Accounts Receivable | 0.00 |
|     **Total Accounts Receivable** | **$0.00** |
|     Other Current Assets | |
|       1499 Undeposited Funds | -226.39 |
|       Cash on Hand | 16,000.00 |
|       Due from Nathan | 1,524,959.07 |
|       Employee Cash Advance | 22,821.03 |
|       Inventory | 10,000.00 |
|       Repayment | |
|         Cash Advance Repayment | 0.00 |
|       **Total Repayment** | **0.00** |
|       Uncategorized Asset | 261.76 |
|     **Total Other Current Assets** | **$1,573,815.47** |
|   **Total Current Assets** | **$1,593,610.73** |
|   Fixed Assets | |
|     accumulated Amortization Financing fee | -585.23 |
|     Accumulated Depreciation | -793,052.26 |
|     Equipment | 486,634.22 |
|     Financing Fee | 0.00 |
|     House | 76,316.61 |
|     Machinery | 72,948.80 |
|     Office Equipment | 22,250.37 |
|     Plumbing Equipment | 92,940.58 |
|     Software | 1,799.00 |
|     Vehicles | 1,220,625.50 |
|   **Total Fixed Assets** | **$1,179,877.59** |
|   Other Assets | |
|     Investments | 0.00 |
|     Organization Costs | 750.00 |
|       Accumulated Amortization - Org | -750.00 |
|     **Total Organization Costs** | **0.00** |
|   **Total Other Assets** | **$0.00** |
| **TOTAL ASSETS** | **$2,773,488.32** |

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         2000 Accounts Payable | 0.00 |
|         Parking Ticket | |
|           Traffic Ticket | 0.00 |
|         **Total Parking Ticket** | **0.00** |
|       **Total Accounts Payable** | **$0.00** |
|       Credit Cards | |
|         Business Platinum Card® (1001) - 7 | 98,957.58 |
|       **Total Credit Cards** | **$98,957.58** |
|       Other Current Liabilities | |
|         2100 Payroll Liabilities | 0.00 |
|           Child Support | 0.00 |
|           Federal Taxes (941/944) | -398.25 |
|           Federal Unemployment (940) | 0.00 |
|           Health Insurance | 160,244.21 |
|           Misc | 28,690.34 |
|           TX Unemployment Tax | 0.00 |
|         **Total 2100 Payroll Liabilities** | **188,536.30** |
|         2200 Sales Tax Payable | -5,786.33 |
|         Child Support | -4,134.17 |
|         Credit Advance | 45,000.00 |
|         Current Liabilities | 0.00 |
|         Federal Tax Due | 0.00 |
|         Fundation | -47,702.80 |
|         Fundbox 7/13 | 43,521.00 |
|         fundbox April 2023 | -8,213.75 |
|         line of credit | 38,457.50 |
|         MB 5002283162001 | -7,005.70 |
|         MB500227787800150 02334724001 | -23,510.93 |
|         Newtek Financing Fee | -70,227.89 |
|         Sales Tax Agency Payable | 0.00 |
|           Sales Tax Payable | 0.00 |
|         **Total Sales Tax Agency Payable** | **0.00** |
|         State Payable | 42.64 |
|         Texas State Comptroller Payable | 41,486.72 |
|           Denison, TX Payable | 13.65 |
|           Sales Tax Payable | 11,819.85 |
|         **Total Texas State Comptroller Payable** | **53,320.22** |
|       **Total Other Current Liabilities** | **$202,296.09** |
|     **Total Current Liabilities** | **$301,253.67** |

|  | TOTAL |
|---|---:|
| Long-Term Liabilities | |
| BIZFUND APRIL 2023 | -20,726.00 |
| Blue Ribbon Funding | -34,862.42 |
| Blue Ribbon Funding 8/22 | -7,584.00 |
| Corsair - 61130856 | 38,720.26 |
| Delta June 23 | 185.18 |
| EIDL - SBA | -24,640.00 |
| Foundation Loan | 57,209.41 |
| FOX LOAN APRIL 2023 | -25,858.28 |
| Fundbox July | 16,421.00 |
| Fundbox June 7 | 19,527.00 |
| Knightbridge | 6,750.00 |
| Loan - 58244322 | 7,074.12 |
| Loan - 58507664 | 11,111.04 |
| Loan - 59570871 | 35,062.21 |
| Loan - 59864180 | 994.51 |
| Loan - 59924341 | 14,623.55 |
| Loan - 60181151 | 40,530.93 |
| Loan - 60231727 | 36,423.82 |
| Loan - 60236395 | 35,025.36 |
| Loan - 61548390 | 48,554.33 |
| Loan Fundbox | -49,668.31 |
| MB 5002312366001 | -10,436.12 |
| MB 5002419763001 | -3,154.10 |
| MB M | 208,658.54 |
| MB324001 | 47,759.58 |
| MB325001 | 44,984.19 |
| MB400001 | 39,890.52 |
| MB5002277878001 | 30,690.63 |
| MB5002278110001 | 26,856.59 |
| MB5002375747001 | -15,564.71 |
| Mercedes - 5002327267001 | -28,740.88 |
| Mercedes Benz 22391 | 56,893.34 |
| Mercedes Benz 428001 | 37,735.04 |
| Mercedes-Benz 5002186452001 | 53,005.01 |
| Newtek SBA Loan | 1,781,471.96 |
| Other Long Term Liab | 876,578.07 |
| Regions Bank | 0.00 |
| Regions Capital/Equipment loan | -8,642.64 |
| SAMSON Funding Jan 23 | -95,610.60 |
| SAMSON Funding March 23 | -72,368.22 |
| SAMSON HORUS, LLC | -50.00 |
| Seamless Capital Group | -30,451.80 |
| Square Advance | -33,000.00 |
| Swift Funding June 23 | -25,945.16 |
| Western Equipment | 0.00 |
| **Total Long-Term Liabilities** | **$3,085,432.95** |
| **Total Liabilities** | **$3,386,686.62** |

|  | TOTAL |
|---|---:|
| Equity | |
| 1110 Retained Earnings | -600,831.60 |
| 1130 Owner's Capital | 0.00 |
| 3000 Opening Bal Equity | -15,650.94 |
| Capital Stock | 1,000.00 |
| Distributions | -806,727.41 |
| Federal Tax | 0.00 |
| Net Income | 809,011.65 |
| **Total Equity** | **$ -613,198.30** |
| **TOTAL LIABILITIES AND EQUITY** | **$2,773,488.32** |