**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** § | |
| **FREDRICK LEE PRESS PLUMBING, LLC** § | |
| **DEBTOR** § | **BANKRUPTCY CASE NO. 23-32662** |

**CASH FLOW STATEMENT**

# Fred's Plumbing

## Statement of Cash Flows

January 1 - November 3, 2023

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 857,637.79 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 1200 Accounts Receivable | -6,473.01 |
| Cash on Hand | 0.00 |
| Due from Nathan | -876,855.19 |
| Employee Cash Advance | -935.16 |
| Uncategorized Asset | -261.76 |
| American Express Platinum (deleted) | -1,009.74 |
| Business Platinum Card® (1001) - 7 | 17,681.14 |
| 2200 Sales Tax Payable | -5,786.33 |
| Child Support | -4,134.17 |
| Credit Advance | 45,000.00 |
| Fundation | -47,702.80 |
| Fundbox 7/13 | 43,521.00 |
| fundbox April 2023 | -8,213.75 |
| line of credit | -5,959.31 |
| MB 5002283162001 | -7,005.70 |
| MB500227787800015002334724001 | -23,510.93 |
| Payroll Liabilities:Federal Taxes (941/944) | -398.25 |
| Payroll Liabilities:Health Insurance | 160,244.21 |
| Payroll Liabilities:Misc | 28,690.34 |
| Texas State Comptroller Payable | 11,356.84 |
| Texas State Comptroller Payable:Sales Tax Payable | -74.75 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-681,827.32** |
| **Net cash provided by operating activities** | **$175,810.47** |
| **INVESTING ACTIVITIES** | |
| Equipment | -93,791.38 |
| **Net cash provided by investing activities** | **$ -93,791.38** |
| **FINANCING ACTIVITIES** | |
| BIZFUND APRIL 2023 | -19,696.00 |
| Blue Ribbon Funding | -31,862.42 |
| Blue Ribbon Funding 8/22 | -7,584.00 |
| Corsair - 61130856 | -9,339.96 |
| Delta June 23 | 1,800.56 |
| EIDL - SBA | -24,640.00 |
| FOX LOAN APRIL 2023 | -24,168.62 |
| Fundbox July | 16,421.00 |
| Fundbox June 7 | 19,527.00 |
| Knightbridge | 7,000.00 |
| Loan - 58244322 | -13,787.70 |
| Loan - 58507664 | -5,607.79 |
| Loan - 59570871 | -12,198.33 |
| Loan - 59864180 | 994.51 |

|  | TOTAL |
|---|---:|
| Loan - 59924341 | 14,623.55 |
| Loan - 60181151 | -13,260.60 |
| Loan - 60231727 | -8,494.83 |
| Loan - 60236395 | -9,985.71 |
| Loan - 61548390 | -17,493.37 |
| Loan Fundbox | -49,668.31 |
| MB 5002312366001 | -10,436.12 |
| MB 5002419763001 | -3,154.10 |
| MB324001 | -10,159.60 |
| MB325001 | -8,275.62 |
| MB400001 | -7,334.76 |
| MB5002277878001 | -26,767.63 |
| MB5002278110001 | -26,765.04 |
| MB5002375747001 | -15,564.71 |
| Mercedes - 5002327267001 | -28,740.88 |
| Mercedes Benz 428001 | -13,668.73 |
| Mercedes-Benz 5002186452001 | -18,740.24 |
| Newtek SBA Loan | -218,528.04 |
| Other Long Term Liab | 376,578.07 |
| Regions Capital/Equipment loan | -8,642.64 |
| SAMSON Funding Jan 23 | -95,610.60 |
| SAMSON Funding March 23 | -66,968.22 |
| SAMSON HORUS, LLC | -50.00 |
| Seamless Capital Group | -30,451.80 |
| Square Advance | -33,000.00 |
| Swift Funding June 23 | -24,945.16 |
| 3000 Opening Bal Equity | -15,650.94 |
| **Net cash provided by financing activities** | **$ -474,297.78** |
| NET CASH INCREASE FOR PERIOD | $ -392,278.69 |
| Cash at beginning of period | 479,305.76 |
| CASH AT END OF PERIOD | $87,027.07 |