THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| FREDRICK LEE PRESS PLUMBING, LLC § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-32662 |

**MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242-1496, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREEST, SHORTENS OR EXTENS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.**

**IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Fredrick Lee Press Plumbing, LLC ("Debtor") and files this Motion for Authority to Use of Cash Collateral pursuant to 11 U.S.C. § 363. The Debtor presents this Application and respectfully represents the following:

1. On November 14, 2023 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532

("Bankruptcy Code") and is now operating its business as a Debtor-In-Possession.

2.  The Debtor continues to manage and operate its retail and commercial repair and service plumbing business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

3.  A search in the Texas Secretary of State shows that allegedly secured positions are held by Fundation Group LLC (Factor), US Small Business Administration, Global Merchant Cash Inc, Newtek Small Business Finance, LLC, BizFund, Blue Ribbon, Fox Capital, Knightsbridge, Samson Funding, Samson Group and Swift Funding Source. (See Exhibit "B" for full list).

4.  The loans are allegedly secured by a blanket lien on all accounts and property of the Debtors' businesses, pursuant to the filed UCC liens that have been filed.  At this early stage, it is unclear as to whether these agreements are secured and/or comply with Texas or other state usury laws, but for the purposes of this motion only, Debtor is acknowledging their UCC filings.

5.  The Debtor depends on the use of cash collateral for contract services, payroll and general operating expenses. Revenue is generated through the Debtor's retail and commercial repair and service plumbing business.

6.  It is critical to the operation of the Debtor's business, and to its reorganization efforts, that it be permitted to pay these expenses using cash collateral. The Debtor produces revenue from its inspection business and would use such revenue to pay the budgeted expenses. Moreover, such revenue will be deposited by Debtor in its DIP operating account pending entry of an order allowing use of cash collateral or consent by lien holders.

7.  Attached as Exhibit A is a 14- and 30-day budget for the Debtor, showing projected income and expenses. The amounts listed are reasonable and good faith estimations of what the Debtor needs to spend each month to continue the operations of its business and

reorganize.

8. In addition to Exhibit A, the following Exhibit is also attached:

    Exhibit B    UCC Lien Search

9. Debtor requests authority to use the cash collateral for expenses set forth on Exhibit "A" and any other unforeseeable expenses that may arise and pose a threat to the Debtor's continued operations. Specifically, the Debtor requests authority to use the cash collateral to pay up to 110% of each expense in Exhibit A, so long as the total of cash collateral spent during the month does not exceed by more than 5% of that month's total in Exhibit A.

10. This "First Day Motion" is being filed alongside with the Voluntary Petition under the Court's Standing Order on First Day Motions in Chapter 11 cases.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests this matter be set for hearing and that upon hearing, the Court will enter an Interim Order authorizing the Debtor's use of the cash collateral in the amounts set forth in Exhibit "A" and for such other and further relief as the Debtor may show itself justly entitled.

    Respectfully submitted,

    THE LANE LAW FIRM, PLLC
    */s/Robert C. Lane*
    Robert C. Lane
    State Bar No. 24046263
    notifications@lanelaw.com
    Joshua D. Gordon
    State Bar No 24091592
    Joshua.gordon@lanelaw.com
    6200 Savoy, Suite 1150
    Houston, Texas 77036
    (713) 595-8200 Voice
    (713) 595-8201 Facsimile
    PROPOSED COUNSEL FOR DEBTOR

# **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Debtor's Motion for Authority to Use Cash Collateral was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, and by electronic mail as listed below on November 14, 2023:

Debtor:
Fredrick Lee Press Plumbing, LLC
9056 FM 1641
Terrell, Texas 75160

US Trustee:
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242

Parties Requesting Notice
ustpregion06.da.ecf@usdoj.gov

Electronic Mail Notification:

underwriting@foxbusinessfunding.com

reconciliations@samsonfunding.com

info@blueribbonfunds.com

Reconciliations@blueribbonfunds.com

customerservice@approvalandreconciliation.com – Samson Group

subs@knightsbridgefunding.com

bankruptcy@swiftcapital.com

lrocklin@npmlaw.com – Blue Ribbon Attorney

mike@zahavassetmgmt.com

collections@evlawpllc.com – Attorney for Swift Funding Source Inc.

ari@bblawpllc.com – Attorney for Samson MCA

info@wallfunding.com – Global Merchant Cash Inc

brian@bizfund.com

dawn.theiss@usdoj.gov

lfadini@newtekone.com

info@fundation.com

*/s/ Robert "Chip" Lane*
Robert "Chip" Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 23-32662-mvl11<br>Northern District of Texas<br>Dallas<br>Tue Nov 14 13:44:20 CST 2023 | Fredrick Lee Press Plumbing, LLC<br>9056 FM 1641<br>Terrell, TX 75160-7366 | U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 |
| U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | Berkovitch & Bouskila, PLLC<br>1545 US 202  Suite 101<br>Pomona, NY 10970-2951 |
| Bizfund LLC<br>2371 Mcdonald Ave 2nd Fl<br>Brooklyn, NY 11223-4738 | Blue Ribbon Funding<br>1317 Edgewater Drive Suite 1845<br>Orlando, FL 32804-6350 | Brandy Press-Smith<br>9056 FM 1641<br>Terrell, TX 75160-7366 |
| Ershowsky Verstandig<br>290 Central Avenue Suite 109<br>Lawrence, NY 11559-8507 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Fox Capital Group, Inc.<br>803 S 21st Avenue<br>Hollywood, FL 33020-6962 |
| Fredrick Lee Press<br>9056 FM 1641<br>Terrell, TX 75160-7366 | Fundation Group LLC<br>11501 Sunset Hills Road Suite 100<br>Reston, VA 20190-6700 | Global Merchant Cash Inc.<br>640 Beavers Street 415<br>New York, NY 10004 |
| Knightsbridge Funding LLC<br>40 Wall Street Suite 2903<br>New York, NY 10005-1304 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262-0685 | Nathaniel Smith<br>9056 FM 1641<br>Terrell, TX 75160-7366 |
| Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510-4011 | Newtek Small Business Finance<br>1981 Marcus Ave Suite 130<br>New Hyde Park, NY 11042-1046 | Samson Funding<br>17 State Street, 6th Floor Suite 630<br>New York, NY 10004-1749 |
| Samson Group<br>400 Rella Blvd Suite 165-101<br>Suffern, NY 10901-4241 | Swift Funding Source Inc<br>2474 McDonald Ave<br>Brooklyn, NY 11223-5233 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |
| U.S. Small Business Administration<br>Loan Servicing Center<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Zahav Asset Management LLC<br>234 Cedarhurst Ave. Apt. 21B<br>Cedarhurst, NY 11516-1608 |
| Robert Lane<br>The Lane Law Firm<br>6200 Savoy, Suite 1150<br>Houston, TX 77036-3369 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company LLC
c/o National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Fredrick Lee Press Plumbing, LLC
9056 FM 1641
Terrell, TX 75160-7366

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28