THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **FREDRICK LEE PRESS PLUMBING, LLC** | § | |
| **DEBTOR** | § | **BANKRUPTCY CASE NO. 23-32662** |

**MOTION FOR APPROVAL OF POST-PETITION MONTHLY RETAINER PAYMENTS**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS 75242-1496, WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF A PARTY IN INTEREEST, SHORTENS OR EXTENS THE TIME FOR FILING SUCH OBJECTION OR REQUEST FOR HEARING.**

**IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Fredrick Lee Press Plumbing, LLC  (the "Debtor"),  files this  Motion for Approval of Post-Petition Monthly Retainer Payments and establishing procedures for these post-petition monthly retainer deposits.  In support thereof, the Debtor respectfully represent as follows:

**I. Jurisdiction, Venue and Background**

1.      This Court has jurisdiction to consider the motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief requested herein are Sections 327 and 328 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and Local Rule 2014 and 2016 of the Local Court Rules of the United States Bankruptcy Court for the Northern District of Texas.

**Background**

3.     On November 14, 2023 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code").

4.     The Debtor continues to manage and operate its home and commercial service and repair plumbing business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code. No creditors' committee has been appointed in this case by the United States Trustee.

5.     By this Motion, Debtor respectfully requests the entry of an order, pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016, establishing procedures for post-petition payments of professionals and deposits of post-petition monthly payments into the firms IOLTA trust account.  These funds can only be applied for through and approved by the Court.

6.     Debtor has already sought to engage a professional in this case in the capacity of Debtor's Counsel, The Lane Law Firm, PLLC (Docket No. 10), seeking approval, under Section 327 of the Bankruptcy Code, to engage the firm to assist the Debtor.

7.     The Debtor requests that the Court allow it to deposit $5,000.00 per month into The Lane Law Firm, PLLC's IOLTA Trust Account until this case is administratively closed, for future post-petition legal fees of Debtor's counsel and an additional amount of $1,500.00 per month to the Subchapter V Trustee into their Trust Account, both of which would be subject to Court approval through fee applications.  The funds for The Lane Law firm, PLLC would be deposited for its future post-petition legal fees into its Trust Account and would be subject to Court approval.  The future post-petition legal fees for the SubChapter V Trustee shall be directly deposited into their Trust Account and would be

subject to further Court approval.

8.      Debtor is requesting this motion for the Court to approve the monthly post-petition deposits pursuant to the terms of the Retainer Agreement.  These monthly deposits do not in anyway put a financial strain on the current operations of the business.  This motion is to help minimize impact of any temporary or final fee applications filed in this case so that Debtor has these funds already set aside in the firms IOLTA Trust account to pay these fees and expenses upon the entry of a Court order.  These funds would still be subject to Court approval as stated in the Application to Employ (Docket No. 8) filed in this case.

## PRAYER

WHEREFORE, Debtor hereby requests that this Court enter an order that allows the Debtor to deposit post-petition monthly payments into The Lane Law Firm, PLLC's and the SubChapter V Trustee's IOLTA Trust Accounts and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR
DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion for Approval of Post-Petition Monthly Deposits was served to the parties listed below and to the parties on the attached mailing matrix either via e-mail, electronic notice by the court's ECF noticing system, or by first-class mail pre-paid postage on November 14, 2023:

Debtor:
Fredrick Lee Press Plumbing, LLC
9056 FM 1641
Terrell, Texas 75160

US Trustee:
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242

Parties Requesting Notice
ustpregion06.da.ecf@usdoj.gov

*/s/Robert C. Lane*
Robert C. Lane

Label Matrix for local noticing
0539-3
Case 23-32662-mvl11
Northern District of Texas
Dallas
Tue Nov 14 13:44:20 CST 2023

Fredrick Lee Press Plumbing, LLC
9056 FM 1641
Terrell, TX 75160-7366

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Berkovitch & Bouskila, PLLC
1545 US 202  Suite 101
Pomona, NY 10970-2951

Bizfund LLC
2371 Mcdonald Ave 2nd Fl
Brooklyn, NY 11223-4738

Blue Ribbon Funding
1317 Edgewater Drive Suite 1845
Orlando, FL 32804-6350

Brandy Press-Smith
9056 FM 1641
Terrell, TX 75160-7366

Ershowsky Verstandig
290 Central Avenue Suite 109
Lawrence, NY 11559-8507

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Fox Capital Group, Inc.
803 S 21st Avenue
Hollywood, FL 33020-6962

Fredrick Lee Press
9056 FM 1641
Terrell, TX 75160-7366

Fundation Group LLC
11501 Sunset Hills Road Suite 100
Reston, VA 20190-6700

Global Merchant Cash Inc.
640 Beavers Street 415
New York, NY 10004

Knightsbridge Funding LLC
40 Wall Street Suite 2903
New York, NY 10005-1304

Mercedes Benz Financial
PO Box 685
Roanoke, TX 76262-0685

Nathaniel Smith
9056 FM 1641
Terrell, TX 75160-7366

Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510-4011

Newtek Small Business Finance
1981 Marcus Ave Suite 130
New Hyde Park, NY 11042-1046

Samson Funding
17 State Street, 6th Floor Suite 630
New York, NY 10004-1749

Samson Group
400 Rella Blvd Suite 165-101
Suffern, NY 10901-4241

Swift Funding Source Inc
2474 McDonald Ave
Brooklyn, NY 11223-5233

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

U.S. Small Business Administration
Loan Servicing Center
2120 Riverfront Drive Suite 100
Little Rock, AR 72202-1794

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Zahav Asset Management LLC
234 Cedarhurst Ave. Apt. 21B
Cedarhurst, NY 11516-1608

Robert Lane
The Lane Law Firm
6200 Savoy, Suite 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Ford Motor Credit Company LLC
c/o National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Fredrick Lee Press Plumbing, LLC          End of Label Matrix
9056 FM 1641                                 Mailable recipients   27
Terrell, TX 75160-7366                       Bypassed recipients    1
                                             Total                 28