

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed November 16, 2023**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| FREDRICK LEE PRESS PLUMBING, LLC | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 23-32662 |

**ORDER ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF PRE-PETITION WAGES IN THE ORDINARY COURSE OF BUSINESS**
**(Docket No. 17)**

The Court, having reviewed the pleading finds that a need exists to order the relief herein and that it is in the best interest of the Debtor, the Debtor's estate, and Debtor's creditors to authorize payment of pre-petition W-2 Employees and other benefits. Failure to timely disburse payment to the W-2 Employees would likely result in the termination of the relationships between the Debtor and its W-2 Employees whose continued services are essential to the Debtor's business operations; and that each of the persons who are to receive payments would, if treated as creditors in this proceeding, be entitled to priority under 11 U.S.C. § 507(a)(4)(B). It is accordingly,

**ORDERED** that the Debtor be authorized to remit payment to the W-2 Employees in the amount not to exceed $46,000.00 in wages and payroll taxes as such payments become due in the ordinary course of business, It is

**FURTHER ORDERED** that Debtor be authorized to pay up to $13,000.00 in insurance and other health benefits as such payments become due in the ordinary course of business.

# # # END OF ORDER # # #