<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | Fredrick Lee Press Plumbing, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | 23-32662-11 |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _11/14/2023_____
      MM/ DD/ YYYY

**X** /s/ Nathan Smith _____
Signature of individual signing on behalf of debtor

Nathan Smith _____
Printed name

Owner _____
Position or relationship to debtor

Fill in this information to identify the case:

Debtor Name **Fredrick Lee Press Plumbing, LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **23-32662-11**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Chase Bank | Checking account | 9  1  9  8 | $7,089.00 |
| 3.2. Chase Bank | Checking account | 5  9  3  3 | $1.00 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$7,090.00**

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 | |

Debtor    **Fredrick Lee Press Plumbing, LLC**

Name    Case number *(if known)* **23-32662-11**

---

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    _____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **$670,530.00** | - | **unknown** | =.....➜ | **$670,530.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$68,366.00** | - | **$6,836.00** | =.....➜ | **$61,530.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$732,060.00**

## Part 4:    Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____    _____    _____

14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1 _____    _____    _____    _____

15.2 _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| Debtor | **Fredrick Lee Press Plumbing, LLC** | Case number *(if known)* **23-32662-11** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 16.1 | | | |
| 16.2 | | | |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| | MM / DD / YYYY | | | |
| **20. Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** | | | | |
| Plumbing inventory for repairs | MM / DD / YYYY | unknown | | $12,000.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $12,000.00 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **Fredrick Lee Press Plumbing, LLC**

Name

Case number *(if known)* **23-32662-11**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desks (4) | unknown | Fair Market Value | $400.00 |

Debtor   **Fredrick Lee Press Plumbing, LLC**
        Name                                                    Case number *(if known)* 23-32662-11

| | | | |
|---|---|---|---|
| Chairs (4) | unknown | Fair Market Value | $400.00 |
| Filing Cabinets (2) | unknown | Fair Market Value | $400.00 |
| Tables (2) | unknown | Fair Market Value | $100.00 |

40. **Office fixtures**

| | | | |
|---|---|---|---|
| Monitors (4) | unknown | Fair Market Value | $2,000.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| Phones (4) | unknown | Fair Market Value | $500.00 |
| Printer | unknown | Fair Market Value | $100.00 |
| (4) Computers | unknown | Fair Market Value | $400.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____
42.2 _____
42.3 _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                    **$4,300.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2019 Ford Transit Van / VIN: 1FDBW5PM0KKA19387** | unknown | | $23,500.00 |
| 47.2 **2020 Ford F550 / VIN: 1FDUF5HT8LDA00901** | unknown | | $55,000.00 |
| 47.3 **2019 Ford F150 / VIN: 1FTEX1C5XKKF33902** | unknown | | $21,000.00 |
| 47.4 **2022 Ford E350 / VIN: 1FDWE3FN2NDC01006** | unknown | | $37,905.00 |

| Debtor | **Fredrick Lee Press Plumbing, LLC** | Case number *(if known)* 23-32662-11 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.5 | **2020 Ford Transit Van / VIN: 1FDBW7PG9LKB76178** | unknown | | $40,180.00 |
| 47.6 | **2022 Ford E-350 / VIN: 1FDWE3FN4NDC01007** | unknown | | $37,950.00 |
| 47.7 | **2022 Ford Explorer / VIN: 1FMSK7FH8NGB87877** | unknown | | $36,500.00 |
| 47.8 | **2022 Mercedes-Benz Sprinter / VIN: W1Y4DCHY5NT091107** | unknown | | $41,800.00 |
| 47.9 | **2022 Mercedes-Benz Sprinter / VIN: W1Y4DCHY6NT092038** | unknown | | $41,800.00 |
| 47.10 | **2022 Mercedes-Benz Sprinter / VIN: W1Y5ECHY2NT104364** | unknown | | $41,800.00 |
| 47.11 | **2022 Mercedes-Benz Sprinter / VIN: W1Y5ECHY2NT106146** | unknown | | $41,800.00 |
| 47.12 | **2023 Mercedes-Benz Sprinter / VIN: W1Y5NCHY3PT122391** | unknown | | $43,850.00 |
| 47.13 | **2022 Mercedes-Benz Sprinter / VIN: W1Y5ECHY2NT112805** | unknown | | $41,800.00 |
| 47.14 | **2022 Mercedes-Benz Sprinter / VIN: W1Y5ECHYXNT109537** | unknown | | $41,800.00 |
| 47.15 | **2022 Ford Transit Van / VIN: 5LMCJ2C93NUL13293** | unknown | | $44,800.00 |
| 47.16 | **2021 Mercedes-Benz Sprinter / VIN: 4JGFF8HB5MA365007** | unknown | | $140,000.00 |
| 47.17 | **2022 Mercedes-Benz Sprinter / VIN: W1Z4EFHY1NP511075** | unknown | | $84,250.00 |
| 47.18 | **2022 Mercedes-Benz Sprinter** | unknown | | $42,350.00 |
| 47.19 | **2023 Mercedes-Benz GLE / VIN: 4JGFD6BB2PA904075 Leased** | unknown | | $0.00 |
| 47.20 | **2022 Lincoln Corsair / VIN: FLMCJ2C93NUL13293** | unknown | | $32,500.00 |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | 48.1 | | | |
| | 48.2 | | | |
| 49. | **Aircraft and accessories** | | | |
| | 49.1 | | | |
| | 49.2 | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 51. | **Total of Part 8** | | $890,585.00 |
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

Debtor    __Fredrick Lee Press Plumbing, LLC__                    Case number *(if known)* __23-32662-11__
                    Name

---

54.    **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 __9056 FM 1641 Terrell, TX 75160__ | __Lease__ | __unknown__ | Professionally appraised within the __last year__ | __$0.00__ |

56.    **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | __$0.00__ |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59.    **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61.    **Internet domain names and websites** | | | |
| __fredsplumbing.com__ | __unknown__ | | __$1.00__ |
| 62.    **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64.    **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65.    **Goodwill** | | | |

---

Debtor    **Fredrick Lee Press Plumbing, LLC**
Name

Case number *(if known)* **23-32662-11**

---

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| | $1.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜    _____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    _____

Nature of claim    _____

Amount requested    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Debtor    **Fredrick Lee Press Plumbing, LLC**

Name

Case number *(if known)* **23-32662-11**

---

**Nature of claim**

**Amount requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,090.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $732,060.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $890,585.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ................................................. ➡ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $1,646,036.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. | | $1,646,036.00 |

Fill in this information to identify the case:

Debtor name ___Fredrick Lee Press Plumbing, LLC___

United States Bankruptcy Court for the: ___Northern___ District of ___Texas___
                                                                              (State)

Case number (if known): ___23-32662-11___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name** <br> Bizfund LLC | **Describe debtor's property that is subject to a lien** | $108,934.00 | unknown |
| **Creditor's mailing address** <br> 2371 Mcdonald Ave 2nd Fl <br> Brooklyn, NY 11223 | | | |
| **Creditor's email address, if known** | **Describe the lien** <br> Merchant Cash Advance | | |
| **Date debt was incurred** _____ | **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes | | |
| **Last 4 digits of account number** __ __ __ __ | **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor, and its relative priority. <br> _____ | **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,629,521.19

Debtor   Fredrick Lee Press Plumbing, LLC                                    Case number (if known) 23-32662-11
      Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.2** **Creditor's name**

Blue Ribbon Funding

| Describe debtor's property that is subject to a lien | $97,534.00 | unknown |
|---|---|---|

**Creditor's mailing address**

1317 Edgewater Drive Suite 1845

Orlando, FL 32804

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Fredrick Lee Press Plumbing, LLC                                        Case number (if known) 23-32662-11
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

Ford Motor Credit Co.

**Creditor's mailing address**

Bankruptcy Department

Post Office Box 542000

Omaha, NE 68154-8000

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Lincoln Corsair

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $41,304.00 | $32,500.00 |

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) | 23-32662-11 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

Ford Motor Credit Company LLC

**Creditor's mailing address**

c/o National Bankruptcy Service Center

PO Box 62180

Colorado Springs, CO 80962

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Ford Motor Credit Company LLC**; 2) U.S. Small Business Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Ford Transit Van

$12,850.73     $23,500.00

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

Ford Motor Credit Company LLC

**Creditor's mailing address**

c/o National Bankruptcy Service Center

PO Box 62180

Colorado Springs, CO 80962

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Ford Motor Credit Company LLC**; 2) U.S. Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Ford F550

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $35,819.77 | $55,000.00 |

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.6** **Creditor's name**

Ford Motor Credit Company LLC

**Creditor's mailing address**

c/o National Bankruptcy Service Center

PO Box 62180

Colorado Springs, CO 80962

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　**1) Ford Motor Credit Company LLC**; 2) U.S. Small Business Administration

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**                          $10,449.25          $21,000.00

2019 Ford F150

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.7** **Creditor's name**

Ford Motor Credit Company LLC

**Creditor's mailing address**

c/o National Bankruptcy Service Center

PO Box 62180

Colorado Springs, CO 80962

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Ford Motor Credit Company LLC**; 2) U.S. Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford E350

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Column A | Column B |
|---|---|
| $37,330.86 | $37,905.00 |

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.8** **Creditor's name**

Ford Motor Credit Company LLC

**Creditor's mailing address**

c/o National Bankruptcy Service Center

PO Box 62180

Colorado Springs, CO 80962

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Ford Motor Credit Company LLC**; 2) U.S. Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Ford Transit Van

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Column A | Column B |
|---|---|
| $42,715.26 | $40,180.00 |

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9 Creditor's name**

Ford Motor Credit Company LLC

**Creditor's mailing address**

c/o National Bankruptcy Service Center

PO Box 62180

Colorado Springs, CO 80962

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Ford Motor Credit Company LLC**; 2) U.S. Small Business Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford E-350

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $37,408.28

Value of collateral: $37,950.00

| Debtor | Fredrick Lee Press Plumbing, LLC | | Case number (if known) 23-32662-11 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.10** **Creditor's name**

Ford Motor Credit Company LLC

**Creditor's mailing address**

c/o National Bankruptcy Service Center

PO Box 62180

Colorado Springs, CO 80962

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Ford Motor Credit Company LLC**; 2) U.S. Small Business Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford Explorer

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $55,223.45 | $36,500.00 |
|---|---|

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.11** **Creditor's name**

Ford Motor Credit Company LLC

**Creditor's mailing address**

c/o National Bankruptcy Service Center

PO Box 62180

Colorado Springs, CO 80962

**Creditor's email address, if known**

_____

**Date debt was incurred**        _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

     **1) Ford Motor Credit Company LLC**; 2) U.S. Small Business Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford Transit Van

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$41,304.17    $44,800.00

Debtor    Fredrick Lee Press Plumbing, LLC                                    Case number (if known) 23-32662-11
          Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

Fox Capital Group, Inc.

**Describe debtor's property that is subject to a lien**

$175,000.00                  unknown

**Creditor's mailing address**

803 S 21st Avenue

Hollywood, FL 33020

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) | 23-32662-11 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.13** **Creditor's name**

Fundbox

**Describe debtor's property that is subject to a lien**

$81,657.00      unknown

**Creditor's mailing address**

6900 Dallas Parkway 700

Plano, TX 75024

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) | 23-32662-11 |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.14 Creditor's name**

Knightsbridge Funding LLC

**Creditor's mailing address**

40 Wall Street Suite 2903

New York, NY 10005

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Merchant Cash Advance

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | $44,970.00 | unknown |

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.15**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $35,473.26 | $41,800.00 |
|---|---|---|---|
| Mercedes Benz Financial | 2022 Mercedes-Benz Sprinter | | |

**Creditor's mailing address**

PO Box 685

Roanoke, TX 76262

**Describe the lien**

Purchase Money Security

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Mercedes Benz Financial**; 2) U.S. Small Business Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.16** **Creditor's name**
Mercedes Benz Financial

**Creditor's mailing address**
PO Box 685

Roanoke, TX 76262

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  **1) Mercedes Benz Financial**;
  2) U.S. Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2022 Mercedes-Benz Sprinter

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$44,361.81      $42,350.00

Debtor   Fredrick Lee Press Plumbing, LLC
         Name
                                                                        Case number (if known)  23-32662-11

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.17** Creditor's name

Mercedes Benz Financial

**Creditor's mailing address**

PO Box 685

Roanoke, TX 76262

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Mercedes Benz Financial**;
      2) U.S. Small Business Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Mercedes-Benz Sprinter

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$46,800.84     $41,800.00

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.18  Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

PO Box 685

Roanoke, TX 76262

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Mercedes Benz Financial**;
    2) U.S. Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Mercedes-Benz Sprinter

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| $39,264.37 | $41,800.00 |
|---|---|

Debtor    Fredrick Lee Press Plumbing, LLC        Case number (if known)   23-32662-11
      Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.19** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

PO Box 685

Roanoke, TX 76262

**Creditor's email address, if known**

_____

**Date debt was**     _____
**incurred**

**Last 4 digits of**    __ __ __ __
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     **1) Mercedes Benz Financial**;
     2) U.S. Small Business
     Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**        $60,885.39       $43,850.00

2023 Mercedes-Benz Sprinter

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.20** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

PO Box 685

Roanoke, TX 76262

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Mercedes Benz Financial**;
      2) U.S. Small Business Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Mercedes-Benz Sprinter

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $46,251.00 | $41,800.00 |

Debtor    Fredrick Lee Press Plumbing, LLC    Case number (if known) 23-32662-11
_____
Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.21** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

PO Box 685

Roanoke, TX 76262

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Mercedes Benz Financial**;
      2) U.S. Small Business Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**    $47,840.63    $41,800.00

2022 Mercedes-Benz Sprinter

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Fredrick Lee Press Plumbing, LLC                                        Case number (if known) 23-32662-11
          Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.22** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

PO Box 685

Roanoke, TX 76262

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** __ __ __ __
**account
number**

**Do multiple creditors have an
interest in the same property?**

☐ No
☑ Yes. Have you already specified the
        relative priority?

   ☑ No.  Specify each creditor, including
                this creditor, and its relative
                priority.

      **1) Mercedes Benz Financial**;
      2) U.S. Small Business
      Administration

   ☐ Yes. The relative priority of creditors
                is specified on lines _____

**Describe debtor's property that is subject to a
lien**

2021 Mercedes-Benz Sprinter

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$190,909.39          $140,000.00

Debtor   Fredrick Lee Press Plumbing, LLC
_____   Case number (if known) 23-32662-11
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.23** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

PO Box 685

Roanoke, TX 76262

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Mercedes Benz Financial**;
    2) U.S. Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**     $128,581.77     $84,250.00

2022 Mercedes-Benz Sprinter

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Fredrick Lee Press Plumbing, LLC                                    Case number (if known) 23-32662-11
        _____
        Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.24** **Creditor's name**

Mercedes Benz Financial

**Creditor's mailing address**

PO Box 685

Roanoke, TX 76262

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Mercedes Benz Financial**;
    2) U.S. Small Business Administration

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Mercedes-Benz Sprinter

**Describe the lien**

Purchase Money Security

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$42,787.96          $41,800.00

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

**2.25** **Creditor's name**

Mercedes Benz Financial

**Describe debtor's property that is subject to a lien**

$90,000.00        $0.00

2023 Mercedes-Benz GLE

**Creditor's mailing address**

PO Box 685

Roanoke, TX 76262

**Describe the lien**

Lease

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.26** **Creditor's name**

Newtek Small Business Finance

**Creditor's mailing address**

1981 Marcus Ave Suite 130

New Hyde Park, NY 11042

**Creditor's email address, if known**

**Date debt was incurred**      12/12/2022

**Last 4 digits of account number**      9   1   0   1

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$2,000,000.00        unknown

**Describe the lien**

Business Loan

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.27** **Creditor's name**

Samson Funding

**Describe debtor's property that is subject to a lien**

$255,000.00          unknown

**Creditor's mailing address**

17 State Street, 6th Floor Suite 630

New York, NY 10004

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**

Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) | 23-32662-11 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.28 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $143,954.00 | unknown |
|---|---|---|---|---|

Samson Group

**Creditor's mailing address**

400 Rella Blvd Suite 165-101

Suffern, NY 10901

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.29** **Creditor's name**

Swift Funding Source Inc

**Describe debtor's property that is subject to a lien**

$134,910.00          unknown

**Creditor's mailing address**

2474 McDonald Ave

Brooklyn, NY 11223

**Describe the lien**

Merchant Cash Advance

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

**Date debt was incurred** _____

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.30**

**Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

Loan Servicing Center

2120 Riverfront Drive Suite 100

Little Rock, AR 72202

**Creditor's email address, if known**

| Date debt was incurred | 05/06/2020 |
|---|---|

| Last 4 digits of account number | 7  4  0  5 |
|---|---|

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      <u>See continuation page.</u>

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Chase Bank, Desks (4), Chairs (4), Filing Cabinets (2), Tables (2), Monitors (4), Phones (4), Printer, (4) Computers , 2019 Ford Transit Van, 2020 Ford F550, 2019 Ford F150, 2022 Ford E350, 2020 Ford Transit Van, 2022 Ford E-350, 2022 Ford Explorer, 2022 Mercedes-Benz Sprinter, 2022 Mercedes-Benz Sprinter, 2022 Mercedes-Benz Sprinter, 2022 Mercedes-Benz Sprinter, 2023 Mercedes-Benz Sprinter, 2022 Mercedes-Benz Sprinter, 2022 Mercedes-Benz Sprinter, 2022 Ford Transit Van, 2021 Mercedes-Benz Sprinter, 2022 Mercedes-Benz Sprinter, 2022 Mercedes-Benz Sprinter

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$500,000.00     $869,474.00

**Remarks:** EIDL

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | |
|---|---|---|---|

| **2.30** | **Creditor's name** | **Specify each creditor, including this creditor, and its relative priority.** |
|---|---|---|
| | U.S. Small Business Administration | For 2019 Ford Transit Van: 1) Ford Motor Credit Company LLC; **2) U.S. Small Business Administration**; For 2020 Ford F550: 1) Ford Motor Credit Company LLC; **2) U.S. Small Business Administration**; For 2019 Ford F150: 1) Ford Motor Credit Company LLC; **2) U.S. Small Business Administration**; For 2022 Ford E350: 1) Ford Motor Credit Company LLC; **2) U.S. Small Business Administration**; For 2020 Ford Transit Van: 1) Ford Motor Credit Company LLC; **2) U.S. Small Business Administration**; For 2022 Ford E-350: 1) Ford Motor Credit Company LLC; **2) U.S. Small Business Administration**; For 2022 Ford Explorer: 1) Ford Motor Credit Company LLC; **2) U.S. Small Business Administration**; For 2022 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) U.S. Small Business Administration**; For 2022 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) U.S. Small Business Administration**; For 2022 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) U.S. Small Business Administration**; For 2022 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) U.S. Small Business Administration**; For 2023 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) U.S. Small Business Administration**; For 2022 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) U.S. Small Business Administration**; For 2022 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) U.S. Small Business Administration**; For 2022 Ford Transit Van: 1) Ford Motor Credit Company LLC; **2) U.S. Small Business Administration**; For 2021 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) U.S. Small Business Administration**; For 2022 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) U.S. Small Business Administration**; For 2022 Mercedes-Benz Sprinter: 1) Mercedes Benz Financial; **2) U.S. Small Business Administration** |

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

---

**Part 2:**     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Zahav Asset Management LLC<br>234 Cedarhurst Ave. Apt. 21B<br>Cedarhurst, NY 11516 | Line 2. 2 | ___ ___ ___ ___ |
| Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510 | Line 2. 2 | ___ ___ ___ ___ |
| Berkovitch & Bouskila, PLLC<br>1545 US 202 Suite 101<br>Pomona, NY 10970 | Line 2. 28 | ___ ___ ___ ___ |
| Ershowsky Verstandig<br>290 Central Avenue Suite 109<br>Lawrence, NY 11559 | Line 2. 29 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Fredrick Lee Press Plumbing, LLC |
| United States Bankruptcy Court for the: | |
| | Northern District of Texas |
| Case number (if known): | 23-32662-11 |

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | **Fredrick Lee Press Plumbing, LLC** | Case number *(if known)* | 23-32662-11 |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims</div>

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

**3.2**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

**3.3**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

**3.4**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

_____

| Debtor | **Fredrick Lee Press Plumbing, LLC** | Case number *(if known)* | **23-32662-11** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | **Total of claim amounts** |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. | **+** | **$0.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$0.00** |

Fill in this information to identify the case:

Debtor name _____ Fredrick Lee Press Plumbing, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____ 23-32662-11 _____ Chapter _____ 11 _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.**   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest — Commercial Building Lease / Contract to be ASSUMED<br><br>State the term remaining — 230 months<br><br>List the contract number of any government contract — | Press, DeLaura<br>9056 FM 1641<br>Terrell, TX 75160 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest — 2023 MB GLE / Contract to be ASSUMED<br><br>State the term remaining — 0 months<br><br>List the contract number of any government contract — | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest —<br><br>State the term remaining —<br><br>List the contract number of any government contract — | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest —<br><br>State the term remaining —<br><br>List the contract number of any government contract — | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Fredrick Lee Press Plumbing, LLC** |
| United States Bankruptcy Court for the: | **Northern**    District of    **Texas** |
| | (State) |
| Case number (If known): | **23-32662-11** |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Brandy Press-Smith | 9056 FM 1641<br>Street<br><br>Terrell, TX 75160<br>City    State    ZIP Code | Fox Capital Group, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| | | Samson Funding | ☑ D<br>☐ E/F<br>☐ G |
| | | Blue Ribbon Funding | ☑ D<br>☐ E/F<br>☐ G |
| | | Knightsbridge Funding LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | Swift Funding Source Inc | ☑ D<br>☐ E/F<br>☐ G |
| | | Bizfund LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | U.S. Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| | | Newtek Small Business Finance | ☑ D<br>☐ E/F<br>☐ G |
| | | Fundbox | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | **Fredrick Lee Press Plumbing, LLC** | Case number (if known) **23-32662-11** |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 | Nathaniel Smith | 9056 FM 1641<br>Street<br><br>Terrell, TX 75160<br>City    State    ZIP Code | Fox Capital Group, Inc. | ☑ D  ☐ E/F  ☐ G |
| | | | Samson Funding | ☑ D  ☐ E/F  ☐ G |
| | | | Blue Ribbon Funding | ☑ D  ☐ E/F  ☐ G |
| | | | Samson Group | ☑ D  ☐ E/F  ☐ G |
| | | | Knightsbridge Funding LLC | ☑ D  ☐ E/F  ☐ G |
| | | | Swift Funding Source Inc | ☑ D  ☐ E/F  ☐ G |
| | | | Bizfund LLC | ☑ D  ☐ E/F  ☐ G |
| | | | U.S. Small Business Administration | ☑ D  ☐ E/F  ☐ G |
| | | | Newtek Small Business Finance | ☑ D  ☐ E/F  ☐ G |
| | | | Fundbox | ☑ D  ☐ E/F  ☐ G |
| 2.3 | Press-Smith, Brandy | 9056 FM 1641<br>Street<br><br>Terrell, TX 75160<br>City    State    ZIP Code | Fox Capital Group, Inc. | ☑ D  ☐ E/F  ☐ G |
| | | | Samson Funding | ☑ D  ☐ E/F  ☐ G |
| | | | Blue Ribbon Funding | ☑ D  ☐ E/F  ☐ G |
| | | | Knightsbridge Funding LLC | ☑ D  ☐ E/F  ☐ G |

| Debtor | Fredrick Lee Press Plumbing, LLC | Case number (if known) 23-32662-11 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Swift Funding Source Inc | ☑ D  ☐ E/F  ☐ G |
| | | Bizfund LLC | ☑ D  ☐ E/F  ☐ G |
| | | U.S. Small Business Administration | ☑ D  ☐ E/F  ☐ G |
| | | Newtek Small Business Finance | ☑ D  ☐ E/F  ☐ G |
| | | Fundbox | ☑ D  ☐ E/F  ☐ G |
| 2.4 | Smith, Nathaniel | 9056 FM 1641 | Fox Capital Group, Inc. | ☑ D  ☐ E/F  ☐ G |
| | Street | | | |
| | Terrell, TX 75160 | Samson Funding | ☑ D  ☐ E/F  ☐ G |
| | City        State        ZIP Code | Blue Ribbon Funding | ☑ D  ☐ E/F  ☐ G |
| | | Samson Group | ☑ D  ☐ E/F  ☐ G |
| | | Knightsbridge Funding LLC | ☑ D  ☐ E/F  ☐ G |
| | | Swift Funding Source Inc | ☑ D  ☐ E/F  ☐ G |
| | | Bizfund LLC | ☑ D  ☐ E/F  ☐ G |
| | | U.S. Small Business Administration | ☑ D  ☐ E/F  ☐ G |

| Debtor | **Fredrick Lee Press Plumbing, LLC** | Case number (if known) **23-32662-11** |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | Newtek Small Business Finance | ☑ D ☐ E/F ☐ G |
| | | Fundbox | ☑ D ☐ E/F ☐ G |
| 2.5 | Street _____ _____ City     State     ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | Street _____ _____ City     State     ZIP Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _____Fredrick Lee Press Plumbing, LLC_____

United States Bankruptcy Court for the:

_____Northern District of Texas_____

Case number (if known): _____23-32662-11_____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................................

   $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.............................................................................................

   $1,646,036.00

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*...............................................................................................

   $1,646,036.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $4,629,521.19

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   + $0.00

4. **Total liabilities**...............................................................................................................................

   $4,629,521.19

   Lines 2 + 3a + 3b

BERKOVITCH & BOUSKILA, PLLC
1545 US 202 SUITE 101
POMONA, NY 10970

BIZFUND LLC
2371 MCDONALD AVE 2ND FL
BROOKLYN, NY 11223

BLUE RIBBON FUNDING
1317 EDGEWATER DRIVE SUITE 1845
ORLANDO, FL 32804

BRANDY PRESS-SMITH
9056 FM 1641
TERRELL, TX 75160

ERSHOWSKY VERSTANDIG
290 CENTRAL AVENUE SUITE 109
LAWRENCE, NY 11559

FORD MOTOR CREDIT CO.
BANKRUPTCY DEPARTMENT
POST OFFICE BOX 542000
OMAHA, NE 68154-8000

FORD MOTOR CREDIT COMPANY LLC
C/O NATIONAL BANKRUPTCY SERVICE CENTER
PO BOX 62180
COLORADO SPRINGS, CO 80962

FOX CAPITAL GROUP, INC.
803 S 21ST AVENUE
HOLLYWOOD, FL 33020

FREDRICK LEE PRESS
PLUMBING, LLC
9056 FM 1641
TERRELL, TX 75160

FUNDBOX
6900 DALLAS PARKWAY 700
PLANO, TX 75024

KNIGHTSBRIDGE FUNDING
LLC
40 WALL STREET SUITE 2903
NEW YORK, NY 10005

MERCEDES BENZ FINANCIAL
PO BOX 685
ROANOKE, TX 76262

NATHANIEL SMITH
9056 FM 1641
TERRELL, TX 75160

NEUBERT, PEPE & MONTEITH,
P.C.
195 CHURCH STREET, 13TH FLOOR
NEW HAVEN, CT 06510

NEWTEK SMALL BUSINESS
FINANCE
1981 MARCUS AVE SUITE 130
NEW HYDE PARK, NY 11042

DELAURA PRESS
9056 FM 1641
TERRELL, TX 75160

BRANDY PRESS-SMITH
9056 FM 1641
TERRELL, TX 75160


SAMSON FUNDING
17 STATE STREET, 6TH FLOOR SUITE 630
NEW YORK, NY 10004


SAMSON GROUP
400 RELLA BLVD SUITE 165-101
SUFFERN, NY 10901


NATHANIEL SMITH
9056 FM 1641
TERRELL, TX 75160


SWIFT FUNDING SOURCE INC
2474 MCDONALD AVE
BROOKLYN, NY 11223


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


U.S. SMALL BUSINESS
ADMINISTRATION
LOAN SERVICING CENTER
2120 RIVERFRONT DRIVE SUITE 100
LITTLE ROCK, AR 72202

ZAHAV ASSET MANAGEMENT
LLC
234 CEDARHURST AVE. APT. 21B
CEDARHURST, NY 11516

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Fredrick Lee Press Plumbing, LLC**                    CASE NO 23-32662-11

                                                               CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____11/14/2023_____      Signature _____/s/ Nathan Smith_____
                                                               Nathan Smith, Owner