THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| **FREDRICK LEE PRESS PLUMBING, LLC** § | |
| **DEBTOR** § | **BANKRUPTCY CASE NO. 23-32662** |

**DEBTOR'S SUBCHAPTER V STATUS REPORT**
[11 U.S.C. § 1188(c)]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Fredrick Lee Press Plumbing, LLC, Debtor and Debtor-in-Possession in the above-styled and numbered Chapter 11 case (the "Debtor") and, in accordance with the provisions of 11 U.S.C. §1188(c), files this *Debtor's Subchapter V Status Report* (the "Report") and would respectfully show the Court as follows:

**BACKGROUND**

1. Fredrick Lee Press Plumbing, LLC manages and operates residential and commercial plumbing company.

2. This case commenced by the filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code") on November 14, 2023 ("Petition Date").

3. Debtor filed the following first day motions on November 14, 2023:

   A. Application to Employ The Lane Law Firm, PLLC;

   B. Motion for Authority to Use Cash Collateral with expedited motion request;

   C. Motion to Waive Appearance Local Rule Requirement;

   D. Motion to Pay Pre-Petition Wages with expedited motion request;

1

        E.    Motion for Approval of Post-Petition Payments.

4.    A Sub Chapter V Trustee, Frances A. Smith, was appointed on November 17, 2023 (Docket No. 24).

5.    As of December 20, 2023, all schedules, statements, and any other required documents have been filed and no outstanding documents remain.

6.    Debtor filed the required Balance Sheet, Statement of Operations and Cash-flow Statement on November 14, 2023 (Docket No.'s 3, 4 & 5) per 11 USC §1187(a).

7.    Debtor attended the Initial Debtor Interview on December 6, 2023 and all documents requested and required were produced to the United States Trustee.

8.    Debtor maintains and continues to maintain all required insurance customary to its line of business.

9.    Debtor has filed all tax returns required to date.

10.    Debtor filed an Application to Employ CPA on December 6, 2023 which remains pending.

11.    The Court held an interim cash collateral hearing on November 16, 2023 and a final hearing on December 14, 2023. Both an interim and final orders were entered by the Court on cash collateral.

12.    Debtor has not used, sold and/or leased any property of the bankruptcy estate that an entity contends is its cash collateral.

13.    The 341 Meeting of Creditors is scheduled for December 21, 2023. All items requested at the 341 Meeting have been or will be provided.

14.    The Debtor's first monthly operating report was filed December 21, 2023.

15.    This Status Report was timely filed on December 27, 2023.

16.    Debtor will file the proposed plan by the 90-day deadline in this case.

17. Sections 1181-1195 of Title 11 of the United States Code (Small Business Reorganization Act, "SBRA") are intended to

"streamline the process by which small business debtors reorganize and rehabilitate their financial affairs." Report of Committee on the Judiciary, House of Representatives, Report 116- 171, 116th Cong., 1st Sess., on Small Business Reorganization Act of 2019, page 1. As such, there are certain deadlines that must be achieved, which deadlines may be extended only if "the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable." *See e.g.* 11 U.S.C. §§ 1188(b) (court status conference within 60 days of the petition date), 1188(c) (debtor shall file and serve a report on efforts undertaken to obtain a consensual plan 14 days prior to the § 1188(b) status conference), and 1189(b) (debtor shall file a plan within 90 days of the petition date).

18. The Court, in accordance with the foregoing, selected an appropriate date for the required status conference and notice of the date and time of this status conference was provided by the Court per the Order entered on January 11, 2024 at 1:30 PM (Docket No. 26).

**OFFER TO ACHIEVE CONSENSUAL PLAN OF REORGANIZATION**

19. One of the objectives of SBRA is to facilitate a consensual plan of reorganization by and between the Debtor and its creditors. This Report is filed and served upon all interested parties in an effort to achieve that goal.

**PLAN PROPOSAL**

20. The following is the Debtor's report of its anticipated plan proposal for its creditors and is subject to Federal Rule of Evidence 408. For purposes of this proposal, the term "Allowed Secured Claim" is defined as a claim that is both allowed pursuant to the provisions of 11 U.S.C. §§ 502 and 506 in that it has not been objected to by the Debtor and is secured by property of the Debtor's bankruptcy estate.

21. Once the plan is filed and ballots mailed out, Debtor will begin to reach out to creditors in order to get acceptance ballots back prior to any ballot deadline. The goal is for any proposed plan to be consensual.

22. The disputed unsecured claims of certain creditors as listed below in Class 3 and Class 4 will remain unclear until the proof of claim bar date passes on January 23, 2024. The Debtor will not

3

know the exact amounts owed to certain disputed creditors until the bar date. Debtor anticipates that some claims will require objections and possible adversary proceedings to resolve the disputed claims.

## SUMMARY OF PROPOSED PLAN TREATMENT

**Unclassified Administrative Expense Claims:**

| Type | Estimated Amount | Treatment |
|---|---|---|
| Subchapter V Trustee | $6,000.00 | Through Court approved fee applications |

**Administrative Claims:**

| Description | Estimated Amount | Treatment |
|---|---|---|
| The Lane Law Firm | $35,000.00 (estimated total fees and expenses) | Through Court approved fee applications |

**Priority Tax Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 2-1 | Kaufman County (Claim No. 2-1) | No | Debtor will pay this claim on the Effective Date of the Plan or as it comes due in the ordinary course of business. | $2,199.65 | N/A |
| Class 2-2 | Forney ISD (Claim No. 3-1) | No | Debtor will pay this claim on the Effective Date of the Plan or as it comes due in the ordinary course of business. | $4,558.53 | N/A |

**Secured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 3-1 | US Small Business Administration/SBA (Claim No. 1-1) | Yes | The Secured portion of the Claim is to be paid in full based on the proof of claim filed or the liquidation analysis values. The amount will be paid at 8.50% interest over 60 months upon plan confirmation. Approximate monthly payment would be $10,653.03. The unsecured portion of this claim will be treated in the unsecured claims class of the proposed plan. | $519,241.39 | $639,181.93 |
| Class 3-2 | Samson MCA LLC (Claim No. 4-1) | Yes | The Secured portion of the Claim estimated at $235,451.00 is to be paid in full based on the proof of claim filed or the liquidation analysis values. The amount will be paid at 8.50% interest over 60 months upon plan confirmation. Approximate monthly payment would be $4,830.64. The unsecured portion of this claim will be treated in the unsecured claims class of the proposed plan. | $235,451.00 | $289,838.27 |
| Class 3-3 | Newtek Small Business Finance | Yes | Based on the petition date and the date of the UCC lien filed as to the Debtor, this claim is under secured. The unsecured portion of | $2,000,000.00 | N/A |

| | | | this claim will be treated in the unsecured claims class of the proposed plan. | | |
|---|---|---|---|---|---|
| Class 3-4 | Ally Bank (Claim No. 5-1) | Yes | Debtor will pay the value of the property of $69,875.00 over 60 monthly payments at 8.50% per annum. The estimated monthly payment would be $1,433.59. | $69,875.00 | $86,015.56 |
| Class 3-5 | Ally Bank (Claim No. 17-1) | Yes | Debtor will pay the value of the property of $69,875.00 over 60 monthly payments at 8.50% per annum. The estimated monthly payment would be $1,433.59. | $69,875.00 | $86,015.56 |
| Class 3-6 | Ford Motor Credit Company (Claim No. 6-1) | Yes | Debtor will pay the full secured claim in the amount of $12,855.55 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $263.75. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | $12,855.55 | $15,825.08 |
| Class 3-7 | Ford Motor Credit Company (Claim No. 7-1) | Yes | Debtor will pay the full secured claim in the amount of $10,484.08 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $215.10. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | $10,484.08 | $12,905.82 |
| Class 3-8 | Ford Motor Credit Company (Claim No. 8-1) | Yes | Debtor will pay the full secured claim in the amount of $35,907.21 over 60 equal monthly payments at 8.50% per annum. The estimated | $35,907.21 | $44,201.48 |

| | | | monthly payment would be $736.69. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | | |
|---|---|---|---|---|---|
| Class 3-9 | Ford Motor Credit Company (Claim No. 9-1) | Yes | Debtor will pay the full secured claim in the amount of $42,727.94 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $876.63. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | $42,727.94 | $52,597.75 |
| Class 3-10 | Ford Motor Credit Company (Claim No. 10-1) | Yes | Debtor will pay the full secured claim in the amount of $37,402.13 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $767.36. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | $37,402.13 | $46,041.72 |
| Class 3-11 | Ford Motor Credit Company (Claim No. 11-1) | Yes | Debtor will pay the full secured claim in the amount of $37,479.68 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $768.95. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | $37,479.68 | $46,137.18 |
| Class 3-12 | Ford Motor Credit Company (Claim No. 12-1) | Yes | Debtor will pay the value of the vehicle of $36,500.00 over 60 equal monthly payments at 8.50% per annum. The estimated | $36,500.00 | $44,931.20 |

| | | | monthly payment would be $748.85. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | | |
|---|---|---|---|---|---|
| Class 3-13 | Ford Motor Credit Company (Claim No. 13-1) | Yes | Debtor will pay the secured claim of $206,277.75 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $4,232.10. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | $206,277.75 | $253,926.24 |
| Class 3-14 | Ford Motor Credit Company (Claim No. 14-1) | Yes | Debtor will pay the secured claim of $206,085.47 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $4,228.16. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | $206,085.47 | $253,689.54 |
| Class 3-15 | Ford Motor Credit Company (Claim No. 15-1) | Yes | Debtor will pay the secured claim of $108,173.41 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $2,219.34. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | $108,173.41 | $133,160.59 |
| Class 3-16 | Ford Motor Credit Company (Claim No. 16-1) | Yes | Debtor will pay the value of the vehicle of $32,500.00 over 60 equal monthly payments at 8.50% per annum. The estimated | $32,500.00 | $40,007.24 |

| | | | monthly payment would be $666.79. Once a Proposed Plan is filed, the claim amount will be offset by the adequate payments received. | | |
|---|---|---|---|---|---|
| Class 3-17 | Mercedes Benz Financial (2022 MB Sprinter Vin 1107) | Yes | Debtor will pay the secured claim of $35,473.26 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $727.79. | $35,473.26 | $43,667.30 |
| Class 3-18 | Mercedes Benz Financial (2022 MB Sprinter Vin 2038) | Yes | Debtor will pay the secured claim of $42,787.96 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $877.86. | $42,787.96 | $52,671.63 |
| Class 3-19 | Mercedes Benz Financial (2022 MB Sprinter Vin 4364) | Yes | Debtor will pay the value of $41,800.00 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $857.59. | $41,800.00 | $51,455.46 |
| Class 3-20 | Mercedes Benz Financial (2022 MB Sprinter Vin 6146) | Yes | Debtor will pay the secured claim of $39,264.37 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $805.57. | $39,264.37 | $48,334.12 |
| Class 3-21 | Mercedes Benz Financial (2022 MB Sprinter Vin 2391) | Yes | Debtor will pay the value of $43,850.00 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $899.65. | $43,850.00 | $53,978.99 |
| Class 3-22 | Mercedes Benz Financial (2022 MB Sprinter Vin 2805) | Yes | Debtor will pay the value of $41,800.00 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $857.59. | $41,800.00 | $51,455.46 |

| | | | | | |
|---|---|---|---|---|---|
| Class 3-23 | Mercedes Benz Financial (2022 MB Sprinter Vin 9537) | Yes | Debtor will pay the value of $41,800.00 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $857.59. | $41,800.00 | $51,455.46 |
| Class 3-24 | Mercedes Benz Financial (2022 MB Sprinter Vin 5007) | Yes | Debtor will pay the value of $140,000.00 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $2,872.31. | $140,000.00 | $172,338.86 |
| Class 3-25 | Mercedes Benz Financial (2022 MB Sprinter Vin 1075) | Yes | Debtor will pay the value of $84,250.00 over 60 equal monthly payments at 8.50% per annum. The estimated monthly payment would be $1,728.52. | $84,250.00 | $103,711.07 |

**General Unsecured Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED TOTAL CLAIMS | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 4-1 | General Unsecured Claims | Yes | Pro Rata distribution from unsecured creditor pool paid following payment of all allowed secured claims and all allowed administrative expense claims. | Unclear at this time, but claims may approach or exceed $2,500,000.00 – includes under secured claims. | Over 60 months at 0.00% per annum as determined by the liquidation analysis and terms of any objections of proof of claims. |

## CONCLUSION

23. The Debtor is asking you to consider the foregoing proposal and provide feedback in order to facilitate the confirmation of a consensual plan. As referenced above, a status conference on this matter will be held on January 11, 2024 at 1:30 PM (Docket No. 26).

    Respectfully submitted,

    THE LANE LAW FIRM, PLLC
    */s/Robert C. Lane*
    Robert C. Lane
    State Bar No. 24046263
    notifications@lanelaw.com
    Joshua D. Gordon
    State Bar No. 24091592
    Joshua.gordon@lanelaw.com
    6200 Savoy, Suite 1150
    Houston, Texas 77036
    (713) 595-8200 Voice
    (713) 595-8201 Facsimile
    COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Debtor's 1188 Status Report was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on December 27, 2023:

Debtor:
Fredrick Lee Press Plumbing, LLC
9056 FM 1641
Terrell, Texas 75160

US Trustee:
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242

Parties Requesting Notice

Eboney D. Cobb on behalf of Creditor Forney ISD
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Courtney Jane Hull on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Robert Lane on behalf of Debtor Fredrick Lee Press Plumbing, LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Frances A. Smith on behalf of Trustee Frances A. Smith (SBRA V)
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com;cfas11@trustesolutions.net

Frances A. Smith (SBRA V)
frances.smith@judithwross.com

Matthew Thomas Taplett on behalf of Creditor Newtek Small Business Finance, LLC
mtaplett@popehardwicke.com

Dawn Whalen Theiss on behalf of Creditor Small Business Administration
dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

John Kendrick Turner on behalf of Creditor Kaufman County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Stephen Wilcox on behalf of Creditor Ford Motor Credit Company LLC
kraudry@wilcoxlaw.net,
swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

Stephen Wilcox on behalf of Creditor Lincoln Automotive Financial Services
kraudry@wilcoxlaw.net,
swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

*/s/ Robert "Chip" Lane*
Robert "Chip" Lane

```
Label Matrix for local noticing            Ally Bank, c/o AIS Portfolio Services, LLC   Forney ISD
0539-3                                     4515 N Santa Fe Ave. Dept. APS               % Perdue Brandon Fielder Et Al
Case 23-32662-mvl11                        Oklahoma City, OK 73118-7901                 500 E. Border Street
Northern District of Texas                                                              Suite 640
Dallas                                                                                  Arlington, TX 76010-7457
Wed Dec 27 08:16:44 CST 2023

Fredrick Lee Press Plumbing, LLC           Kaufman County                               Newtek Small Business Finance, LLC
9056 FM 1641                               Linebarger Goggan Blair & Sampson, LLP       c/o Matthew T. Taplett, Esq.
Terrell, TX 75160-7366                     c/o John Kendrick Turner                     500 W.7th St., Suite 600
                                           2777 N. Stemmons Freeway                     Fort Worth, TX 76102-4751
                                           Suite 1000
                                           Dallas, TX 75207-2328

Texas Comptroller of Public Accounts, Revenu  U.S. Attorney                             U.S. Attorney General
Courtney J. Hull                           1100 Commerce, 3rd Floor                     Department of Justice
P.O. Box 12548                             Dallas, TX 75242-1074                        Washington, DC 20001
Austin, TX 78711-2548


1100 Commerce Street                       Ally Bank                                    Berkovitch & Bouskila, PLLC
Room 1254                                  AIS Portfolio Services, LLC                  1545 US 202  Suite 101
Dallas, TX 75242-1305                      4515 N Santa Fe Ave. Dept. APS               Pomona, NY 10970-2951
                                           Oklahoma City, OK 73118-7901


Bizfund LLC                                Blue Ribbon Funding                          Brandy Press-Smith
2371 Mcdonald Ave 2nd Fl                   1317 Edgewater Drive Suite 1845              9056 FM 1641
Brooklyn, NY 11223-4738                    Orlando, FL 32804-6350                       Terrell, TX 75160-7366


DeLaura Press                              Ershowsky Verstandig                         Ford Motor Credit Co.
9056 FM 1641                               290 Central Avenue Suite 109                 Bankruptcy Department
Terrell, TX 75160-7366                     Lawrence, NY 11559-8507                      Post Office Box 542000
                                                                                        Omaha, NE 68154-8000


(p)FORD MOTOR CREDIT COMPANY               Ford Motor Credit Company LLC                Forney ISD
P O BOX 62180                              c/o Wilcox Law, PLLC                         c/o Perdue Brandon Fielder et al
COLORADO SPRINGS CO 80962-2180             P.O. Box 201849                              500 East Border Street, Suite 640
                                           Arlington, TX 76006-1849                     Arlington, TX 76010-7457


Fox Capital Group, Inc.                    Fredrick Lee Press                           Fundation Group LLC
803 S 21st Avenue                          9056 FM 1641                                 11501 Sunset Hills Road Suite 100
Hollywood, FL 33020-6962                   Terrell, TX 75160-7366                       Reston, VA 20190-6700


Fundbox                                    Global Merchant Cash Inc.                    Knightsbridge Funding LLC
6900 Dallas Parkway 700                    640 Beavers Street 415                       40 Wall Street Suite 2903
Plano, TX 75024-7188                       New York, NY 10004                           New York, NY 10005-1304


Lincoln Automotive Financial Services      Mercedes Benz Financial                      Nathaniel Smith
c/o National Bankruptcy Service Center     PO Box 685                                   9056 FM 1641
P.O. Box 62180                             Roanoke, TX 76262-0685                       Terrell, TX 75160-7366
Colorado Springs, CO 80962-2180
```

```
Neubert, Pepe & Monteith, P.C.          Newtek Small Business Finance          Samson Funding
195 Church Street, 13th Floor           1981 Marcus Ave Suite 130              17 State Street, 6th Floor Suite 630
New Haven, CT 06510-4011                New Hyde Park, NY 11042-1046           New York, NY 10004-1749


Samson Group                            Samson MCA LLC                         Swift Funding Source Inc
400 Rella Blvd Suite 165-101            1545 Route 202                         2474 McDonald Ave
Suffern, NY 10901-4241                  1545 Route 202                         Brooklyn, NY 11223-5233
                                        Pomona, NY 10970-2951


The Lane Law Firm                       U.S. Small Business Administration     US Small Business Administration
6200 Savoy Dr Ste 1150                  Loan Servicing Center                  150 Westpark Way
Houston, TX 77036-3369                  2120 Riverfront Drive Suite 100        Suite 130
                                        Little Rock, AR 72202-1794             Euless, TX 76040-3705


United States Trustee                   Zahav Asset Management LLC             Frances A. Smith (SBRA V)
1100 Commerce Street                    234 Cedarhurst Ave. Apt. 21B           Ross & Smith, PC
Room 976                                Cedarhurst, NY 11516-1608              700 N Pearl St, Suite 1610
Dallas, TX 75242-0996                                                          Dallas, TX 75201-7459


Robert Lane
The Lane Law Firm
6200 Savoy, Suite 1150
Houston, TX 77036-3369
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Ford Motor Credit Company LLC           (d)Ford Motor Credit Company LLC
c/o National Bankruptcy Service Center  c/o National Bankruptcy Service Center
P.O. Box 62180                          PO Box 62180
Colorado Springs, CO 80962-2180         Colorado Springs, CO 80962
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ford Motor Credit Company LLC        (u)Lincoln Automotive Financial Services   (u)Small Business Administration




(u)The Lane Law Firm, PLLC              (d)Ally Bank c/o AIS Portfolio Services, LLC   (d)Fredrick Lee Press Plumbing, LLC
                                        4515 N. Santa Fe Ave. Dept. APS            9056 FM 1641
                                        Oklahoma City, OK 73118-7901               Terrell, TX 75160-7366
```

```
(d)Kaufman County                          End of Label Matrix
Linebarger Goggan Blair & Sampson, LLP     Mailable recipients    42
c/o John Kendrick Turner                   Bypassed recipients     7
2777 N. Stemmons Freeway                   Total                  49
Suite 1000
Dallas, TX 75207-2328
```