**Fill in this information to identify the case:**

Debtor Name ___Frederick Lee Press Plumbing, LLC___

United States Bankruptcy Court for the: Northern District of Texas

Case number: ___23-32662_____

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: ___December 2023___

Line of business: ___Plumbing___

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___Nathan Smith___

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☒ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☒ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☒ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☒ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☒ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☒ | ☐ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ❑ ❑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑ ❑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous
   month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
   cash received even if you have not deposited it at the bank, collections on
   receivables, credit card deposits, cash received from other parties, or loans, gifts, or
   payments made by other parties on your behalf. Do not attach bank statements in
   lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
   date paid, payee, purpose, and amount. Include all cash payments, debit card
   transactions, checks issued even if they have not cleared the bank, outstanding
   checks issued before the bankruptcy was filed that were allowed to clear this month,
   and payments made by other parties on your behalf. Do not attach bank statements
   in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

   This amount may not match your bank account balance because you may have outstanding checks that
   have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
   have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
   purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

   *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    _____

27. What is the number of employees as of the date of this monthly report?        _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ _____

30. How much have you paid this month in other professional fees?          $ _____

31. How much have you paid in total other professional fees since filing the case?          $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                          $ _____

36. Total projected cash disbursements for the next month:                    - $ _____

37. Total projected net cash flow for the next month:                          = $ _____

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 05, 2023 through December 29, 2023

Account Number: 6026



---

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00016492 DRE 201 152 00424 NNNNNNNNNNN T 1 000000000 D7 0000
FREDRICK LEE PRESS PLUMBING, LLC
DEBTOR IN POSSESSION CASE NO 23-32662
9056 FM 1641
TERRELL TX 75160-7366

---

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 34 | 265,951.97 |
| Checks Paid | 57 | -69,898.84 |
| ATM & Debit Card Withdrawals | 199 | -29,479.20 |
| Electronic Withdrawals | 26 | -110,799.51 |
| Other Withdrawals | 1 | -2,400.00 |
| Fees | 1 | -20.00 |
| Ending Balance | 318 | $53,354.42 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account □ please refer to your Deposit Account Agreement for more information.

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Transfer From Chk Xxxxx9198 | $21,690.44 |
| 12/05 | Transfer From Sav Xxxxxx5933 | 1.00 |
| 12/06 | Online Transfer From Chk    9198 Transaction#: 19213282771 | 6,431.90 |
| 12/07 | Remote Online Deposit    4 | 2,468.56 |
| 12/07 | Remote Online Deposit    4 | 1,257.23 |
| 12/08 | Remote Online Deposit    4 | 1,014.01 |
| 12/08 | Orig CO Name:Fredrick Lee Pre    Orig ID:124303243 Desc Date:    CO Entry Descr:Transfer  Sec:CCD    Trace#:124303245653696 Eed:231208  Ind ID: Ind Name:Fredrick Lee Press Plu Trn: 3425653696Tc | 10,000.00 |
| 12/08 | Orig CO Name:Intuit    Orig ID:9215986206 Desc Date:231208 CO Entry Descr:Acctverifysec:PPD    Trace#:021000029561919 Eed:231208  Ind ID: Ind Name:Fredrick Lee Press Plu Trn: 3429561919Tc | 0.24 |
| 12/08 | Orig CO Name:Intuit    Orig ID:9215986206 Desc Date:231208 CO Entry Descr:Acctverifysec:PPD    Trace#:021000029561918 Eed:231208  Ind ID: Ind Name:Fredrick Lee Press Plu Trn: 3429561918Tc | 0.09 |

**CHASE ○**

December 05, 2023 through December 29, 2023

Account Number:      6026

## DEPOSITS AND ADDITIONS  (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | Remote Online Deposit       4 | 8,649.61 |
| 12/11 | Online Transfer From Chk     9198 Transaction#: 19261364929 | 1,306.05 |
| 12/12 | Remote Online Deposit       4 | 468.71 |
| 12/13 | Card Purchase Return    12/12 The Home Depot 6816 Dallas TX Card 6838 | 111.61 |
| 12/13 | Remote Online Deposit       4 | 11,569.62 |
| 12/14 | Remote Online Deposit       4 | 6,728.46 |
| 12/14 | Orig CO Name:Fredrick Lee Pre      Orig ID:124303243 Desc Date:      CO Entry Descr:Transfer  Sec:CCD    Trace#:124303244845814 Eed:231214  Ind ID: Ind Name:Fredrick Lee Press Plu Trn: 3484845814Tc | 10,000.00 |
| 12/15 | Card Purchase Return    12/14 Moore Supply Richland Hill TX Card 6804 | 31.13 |
| 12/15 | Remote Online Deposit       4 | 22,441.67 |
| 12/15 | Orig CO Name:Fredrick Lee Pre      Orig ID:124303243 Desc Date:      CO Entry Descr:Transfer  Sec:CCD    Trace#:124303246243572 Eed:231215  Ind ID: Ind Name:Fredrick Lee Press Plu Trn: 3496243572Tc | 40,000.00 |
| 12/18 | Orig CO Name:Fredrick Lee Pre      Orig ID:124303243 Desc Date:      CO Entry Descr:Transfer  Sec:CCD    Trace#:124303248892749 Eed:231218  Ind ID: Ind Name:Fredrick Lee Press Plu Trn: 3528892749Tc | 10,000.00 |
| 12/19 | Remote Online Deposit       4 | 15,840.38 |
| 12/19 | Orig CO Name:Rre Parkridge Ho      Orig ID:2281350645 Desc Date:231219 CO Entry Descr:Achpmt    Sec:CCD    Trace#:051000015912845 Eed:231219   Ind ID:2644 Ind Name:Fred's Plumbing Trn: 3535912845Tc | 12,048.59 |
| 12/20 | Remote Online Deposit       4 | 9,943.70 |
| 12/20 | Orig CO Name:Fredrick Lee Pre      Orig ID:124303243  Desc Date:      CO Entry Descr:Transfer  Sec:CCD    Trace#:124303249755776 Eed:231220  Ind ID: Ind Name:Fredrick Lee Press Plu Trn: 3549755776Tc | 10,000.00 |
| 12/21 | Card Purchase Return    12/20 The Home Depot 6804 Dallas TX Card 8271 | 268.04 |
| 12/21 | Remote Online Deposit       4 | 10,000.00 |
| 12/22 | Remote Online Deposit       4 | 5,059.07 |
| 12/26 | Remote Online Deposit       4 | 6,212.09 |
| 12/26 | Remote Online Deposit       4 | 6,153.44 |
| 12/27 | Card Purchase Return    12/26 The Home Depot 527 Plano TX Card 6838 | 76.76 |
| 12/27 | Remote Online Deposit       4 | 1,500.57 |
| 12/28 | Remote Online Deposit       4 | 15,000.00 |
| 12/29 | Remote Online Deposit       4 | 3,679.00 |
| 12/29 | Orig CO Name:Fredrick Lee Pre      Orig ID:124303243  Desc Date:      CO Entry Descr:Transfer  Sec:CCD    Trace#:124303242099546 Eed:231229  Ind ID: Ind Name:Fredrick Lee Press Plu Trn: 3632099546Tc | 16,000.00 |

| | | |
|---|---|---|
| Total Deposits and Additions | | $265,951.97 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1001   ^ | | 12/15 | $1,434.22 |
| 1002   ^ | | 12/22 | 1,282.55 |
| 1003   ^ | | 12/15 | 1,703.49 |
| 1004   ^ | | 12/15 | 300.00 |
| 1005   ^ | | 12/26 | 900.28 |
| 1006   ^ | | 12/14 | 1,572.83 |
| 1007   ^ | | 12/15 | 168.52 |
| 1008   ^ | | 12/26 | 113.77 |
| 1009   ^ | | 12/19 | 4,296.21 |
| 1010   ^ | | 12/21 | 743.96 |
| 1011   ^ | | 12/22 | 2,039.99 |



December 05, 2023 through December 29, 2023

Account Number:    6026

| CHECKS PAID | (continued) |
|---|---|



| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1012    ^ |  | 12/21 | 1,193.15 |
| 1014  *  ^ |  | 12/27 | 2,187.74 |
| 1015    ^ |  | 12/26 | 513.36 |
| 1016    ^ |  | 12/22 | 1,314.40 |
| 1017    ^ |  | 12/22 | 1,463.23 |
| 1020  *  ^ |  | 12/22 | 776.83 |
| 1021    ^ |  | 12/26 | 1,846.80 |
| 1022    ^ |  | 12/22 | 1,294.31 |
| 1023    ^ |  | 12/26 | 1,188.58 |
| 1024    ^ |  | 12/22 | 2,225.33 |
| 1025    ^ |  | 12/28 | 860.00 |
| 1026    ^ |  | 12/29 | 1,585.66 |
| 1027    ^ |  | 12/28 | 1,052.83 |
| 1028    ^ |  | 12/28 | 500.00 |
| 1031  *  ^ |  | 12/29 | 2,059.61 |
| 1032    ^ |  | 12/29 | 1,211.95 |
| 1036  *  ^ |  | 12/29 | 840.52 |
| 1039  *  ^ |  | 12/29 | 1,464.83 |
| 1041  *  ^ |  | 12/29 | 270.05 |
| 5050  *  ^ |  | 12/07 | 2,245.33 |
| 5051    ^ |  | 12/07 | 1,407.71 |
| 5052    ^ |  | 12/11 | 812.79 |
| 5053    ^ |  | 12/08 | 2,210.77 |
| 5054    ^ |  | 12/08 | 1,279.80 |
| 5055    ^ |  | 12/08 | 1,326.61 |
| 5056    ^ |  | 12/19 | 1,173.46 |
| 5057    ^ |  | 12/12 | 1,869.74 |
| 5058    ^ |  | 12/12 | 525.00 |
| 5059    ^ |  | 12/12 | 755.31 |
| 5060    ^ | 12/08 | 12/08 | 1,517.33 |
| 5061    ^ |  | 12/08 | 1,189.83 |
| 5062    ^ |  | 12/18 | 990.93 |
| 5063    ^ |  | 12/08 | 2,039.99 |
| 5064    ^ |  | 12/07 | 700.00 |
| 5065    ^ |  | 12/12 | 27.05 |
| 5066    ^ |  | 12/18 | 279.63 |
| 5067    ^ | 12/08 | 12/08 | 55.00 |
| 5068    ^ |  | 12/18 | 659.70 |
| 5069    ^ |  | 12/15 | 1,119.65 |
| 5070    ^ |  | 12/15 | 822.47 |
| 5071    ^ |  | 12/19 | 1,289.30 |
| 5072    ^ |  | 12/15 | 1,220.49 |
| 5073    ^ |  | 12/19 | 2,182.54 |
| 5074    ^ |  | 12/19 | 941.40 |
| 5075    ^ |  | 12/15 | 1,459.48 |



December 05, 2023 through December 29, 2023

Account Number:    6026

## CHECKS PAID   (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5076   ^ | | 12/15 | 1,392.53 |
| Total Checks Paid | | | $69,898.84 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/05 | Card Purchase | 12/04 Mac Faucets 866-5583200 CA Card 3129 | $226.63 |
| 12/05 | Card Purchase | 12/05 Waste Connections Httpswww.Wast TX Card 3129 | 173.15 |
| 12/06 | Card Purchase | 12/04 The Home Depot #0589 Dallas TX Card 3129 | 135.59 |
| 12/06 | Card Purchase | 12/04 The Home Depot #6537 Mesquite TX Card 3129 | 150.03 |
| 12/06 | Card Purchase | 12/04 The Home Depot #0589 Dallas TX Card 3129 | 55.99 |
| 12/06 | Card Purchase | 12/05 The Home Depot 6504 Richardson TX Card 3129 | 1.00 |
| 12/06 | Card Purchase | 12/05 Kwik Kar 972-2795823 TX Card 3129 | 164.36 |
| 12/06 | Card Purchase | 12/05 The Home Depot 6504 Richardson TX Card 3129 | 155.85 |
| 12/07 | Card Purchase | 12/05 The Home Depot #0553 Garland TX Card 3129 | 114.83 |
| 12/07 | Card Purchase | 12/05 The Home Depot #0589 Dallas TX Card 3129 | 42.95 |
| 12/07 | Card Purchase | 12/05 The Home Depot #6502 Allen TX Card 3129 | 124.93 |
| 12/07 | Card Purchase | 12/05 The Home Depot #6504 Richardson TX Card 3129 | 26.81 |
| 12/07 | Card Purchase | 12/06 VAN Marcke Trade Supply Fortworth TX Card 3129 | 213.08 |
| 12/12 | Card Purchase | 12/11 IN *Thompson J.E.T. Ll 817-3505376 TX Card 3129 | 80.33 |
| 12/12 | Card Purchase | 12/11 City of Dallas Substa 111-222-3333 TX Card 8313 | 100.00 |
| 12/12 | Card Purchase | 12/11 Qt 895 Outside FT Worth TX Card 8461 | 70.57 |
| 12/12 | Card Purchase | 12/11 Qt 895 Inside FT Worth TX Card 8461 | 26.63 |
| 12/12 | Card Purchase | 12/11 The Home Depot 6579 Terrell TX Card 6838 | 59.86 |
| 12/12 | Card Purchase | 12/12 City of Irving Buildi 972-721-4883 TX Card 8313 | 65.00 |
| 12/12 | Card Purchase | 12/11 Higginbotham Bros #5 9035674077 TX Card 6838 | 112.53 |
| 12/12 | Card Purchase | 12/11 City of Dallas Substa 111-222-3333 TX Card 8313 | 100.00 |
| 12/12 | Card Purchase | 12/11 City of Dallas Substa 111-222-3333 TX Card 8313 | 100.00 |
| 12/12 | Card Purchase | 12/11 Exxon 7-Eleven 34703 Plano TX Card 6549 | 51.79 |
| 12/13 | Card Purchase | 12/11 Racetrac609   00006098 Dallas TX Card 8339 | 68.39 |
| 12/13 | Card Purchase | 12/12 Shell Oil 12746132005 Rockwall TX Card 6804 | 71.05 |
| 12/13 | Card Purchase | 12/12 Qt 1921 Outside Princeton TX Card 7067 | 54.09 |
| 12/13 | Card Purchase | 12/12 Ferguson Enterprises#11 Irving TX Card 6549 | 141.23 |
| 12/13 | Card Purchase | 12/12 Qt 923 Dallas TX Card 8578 | 67.97 |
| 12/13 | Card Purchase | 12/12 Exxon Express 1 Stop Quinlan TX Card 8271 | 70.00 |
| 12/13 | Card Purchase | 12/12 Texaco 0303672 Carrollton TX Card 6960 | 80.00 |
| 12/13 | Card Purchase | 12/12 The Home Depot 6534 Fort Worth TX Card 6804 | 83.96 |
| 12/13 | Card Purchase | 12/12 The Home Depot 6816 Dallas TX Card 6838 | 200.00 |
| 12/13 | Card Purchase | 12/12 Moore Supply 717-299-3611 TX Card 6804 | 1,655.10 |
| 12/13 | Card Purchase | 12/12 The Home Depot 589 Dallas TX Card 8339 | 301.22 |
| 12/13 | Card Purchase | 12/12 The Home Depot 6816 Dallas TX Card 6838 | 57.79 |
| 12/13 | Card Purchase | 12/12 Lowes #01199* Allen TX Card 6960 | 133.84 |
| 12/13 | Card Purchase | 12/12 Lowes #01199* Allen TX Card 6960 | 21.39 |
| 12/13 | Card Purchase | 12/12 Mavis04461 Frisco TX Card 7067 | 29.99 |
| 12/13 | Card Purchase | 12/12 Csc Servicework Bedford TX Card 6549 | 2.50 |



December 05, 2023 through December 29, 2023

Account Number: 6026



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/13 | Card Purchase With Pin  12/13 Brookshires Fuel 880 E Canton TX Card 6044 | 57.32 |
| 12/14 | Card Purchase          12/12 Autozone #5799 Dallas TX Card 8271 | 52.47 |
| 12/14 | Card Purchase          12/12 The Home Depot #8976 Lancaster TX Card 8313 | 418.88 |
| 12/14 | Card Purchase          12/12 The Home Depot 0537 Euless TX Card 8461 | 672.68 |
| 12/14 | Card Purchase          12/13 Qt 1921 Outside Princeton TX Card 7067 | 31.86 |
| 12/14 | Card Purchase          12/13 The Home Depot 6555 Carrollton TX Card 7026 | 64.89 |
| 12/14 | Card Purchase          12/13 Csc Servicework Dallas TX Card 8271 | 2.50 |
| 12/14 | Card Purchase          12/13 The Home Depot 537 Euless TX Card 6549 | 1.00 |
| 12/14 | Card Purchase          12/13 The Home Depot 589 Dallas TX Card 8339 | 107.50 |
| 12/14 | Card Purchase          12/13 The Home Depot 6816 Dallas TX Card 8271 | 171.91 |
| 12/14 | Card Purchase          12/13 The Home Depot 6557 Irving TX Card 7026 | 96.34 |
| 12/14 | Card Purchase          12/13 Qt 932 Dallas TX Card 8578 | 17.40 |
| 12/14 | Card Purchase          12/13 The Home Depot 537 Euless TX Card 6549 | 87.39 |
| 12/14 | Card Purchase          12/13 The Home Depot 537 Euless TX Card 6549 | 29.09 |
| 12/14 | Card Purchase          12/13 Sunoco 8001793202 Dallas TX Card 8461 | 65.02 |
| 12/14 | Card Purchase          12/14 Csc Servicework Bedford TX Card 6549 | 2.50 |
| 12/15 | Card Purchase          12/14 Shell Oil 12746132005 Rockwall TX Card 7026 | 69.97 |
| 12/15 | Recurring Card Purchase 12/15 Verizonwrlss*Rtccr Vb 800-922-0204 FL Card 3129 | 914.62 |
| 12/15 | Recurring Card Purchase 12/15 Verizonwrlss*Rtccr Vb 800-922-0204 FL Card 3129 | 250.60 |
| 12/15 | Card Purchase          12/14 Moore Supply 717-299-3611 TX Card 6804 | 811.71 |
| 12/15 | Card Purchase          12/14 The Home Depot 6533 N Richland HI TX Card 8172 | 188.99 |
| 12/15 | Card Purchase          12/14 The Home Depot 529 Fort Worth TX Card 8578 | 181.42 |
| 12/15 | Card Purchase          12/14 Sunbelt Rentals #0565 Lewisville TX Card 8388 | 2,041.65 |
| 12/15 | Card Purchase          12/14 The Home Depot 551 Plano TX Card 6838 | 13.91 |
| 12/15 | Card Purchase          12/14 The Home Depot 551 Plano TX Card 6838 | 287.57 |
| 12/15 | Card Purchase          12/14 The Home Depot 529 Fort Worth TX Card 8578 | 114.07 |
| 12/15 | Card Purchase          12/14 The Home Depot 589 Dallas TX Card 6960 | 28.08 |
| 12/15 | Card Purchase          12/14 Arrow Pest Control Desoto TX Card 8313 | 119.08 |
| 12/15 | Card Purchase          12/14 Qt 893 Plano TX Card 6549 | 51.80 |
| 12/15 | Card Purchase          12/14 Autozone #3989 Forney TX Card 8339 | 61.68 |
| 12/15 | Card Purchase With Pin  12/15 Tiger Mart #22 Forney TX Card 6739 | 89.30 |
| 12/18 | Card Purchase          12/14 The Home Depot #6513 Frisco TX Card 8313 | 31.91 |
| 12/18 | Card Purchase          12/14 Racetrac 198  00001982 Dallas TX Card 8271 | 37.29 |
| 12/18 | Card Purchase          12/14 Racetrac609   00006098 Dallas TX Card 6804 | 72.81 |
| 12/18 | Card Purchase          12/15 7-Eleven 37637 Frisco TX Card 8339 | 35.00 |
| 12/18 | Card Purchase          12/15 Chevron 0384685 Venus TX Card 8578 | 65.31 |
| 12/18 | Card Purchase          12/16 Parkmobile 770-818-9036 TX Card 6549 | 0.95 |
| 12/18 | Card Purchase          12/15 Exxon Tiger Mart #22 Forney TX Card 7067 | 42.54 |
| 12/18 | Card Purchase          12/15 Exxon Tiger Mart #22 Forney TX Card 8172 | 75.48 |
| 12/18 | Card Purchase          12/15 7-Eleven 35419 Dallas TX Card 8271 | 60.00 |
| 12/18 | Card Purchase          12/15 The Home Depot 507 Grand Prairie TX Card 7067 | 136.90 |
| 12/18 | Card Purchase          12/15 7-Eleven 35397 Grapevine TX Card 6838 | 60.00 |
| 12/18 | Card Purchase          12/15 Exxon 7-Eleven 36311 Arlington TX Card 6960 | 80.23 |
| 12/18 | Card Purchase          12/15 The Home Depot 6534 Fort Worth TX Card 6960 | 72.53 |
| 12/18 | Card Purchase          12/15 The Home Depot 6502 Allen TX Card 6838 | 53.52 |
| 12/18 | Card Purchase          12/15 The Home Depot 6537 Mesquite TX Card 8461 | 125.03 |
| 12/18 | Recurring Card Purchase 12/16 Sba Loan Payment 303-844-2084 CO Card 3129 | 2,460.00 |
| 12/18 | Card Purchase          12/16 Raceway6828  77068286 Mesquite TX Card 8461 | 63.39 |
| 12/18 | Card Purchase          12/16 76 - Cedars Village Mar Dallas TX Card 8271 | 37.39 |
| 12/18 | Card Purchase          12/17 Shell Oil 57542767009 Rockwall TX Card 8172 | 87.50 |
| 12/18 | Card Purchase With Pin  12/17 Buc-Ee's #36 Outside Terrell TX Card 6044 | 113.27 |

# CHASE ◆

## ATM & DEBIT CARD WITHDRAWALS   (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 12/19 | Card Purchase | 12/18 The Home Depot 6816 Dallas TX Card 6549 | 1.00 |
| 12/19 | Card Purchase | 12/18 The Home Depot 6816 Dallas TX Card 6549 | 42.11 |
| 12/19 | Card Purchase | 12/18 Shell Oil 12746132005 Rockwall TX Card 8339 | 66.50 |
| 12/19 | Card Purchase | 12/18 The Home Depot 6814 Fort Worth TX Card 8578 | 202.45 |
| 12/19 | Card Purchase | 12/18 The Home Depot 6814 Fort Worth TX Card 8578 | 1.00 |
| 12/19 | Card Purchase | 12/18 The Home Depot 587 Southlake TX Card 6960 | 21.75 |
| 12/19 | Card Purchase | 12/18 The Home Depot 6502 Allen TX Card 6838 | 103.80 |
| 12/19 | Card Purchase | 12/18 The Home Depot 6557 Irving TX Card 8339 | 33.50 |
| 12/19 | Card Purchase | 12/18 Ferguson Ent LLC #2806 Fort Worth TX Card 8461 | 101.08 |
| 12/19 | Card Purchase | 12/18 The Home Depot 6816 Dallas TX Card 6549 | 128.47 |
| 12/19 | Card Purchase | 12/18 The Home Depot 554 Arlington TX Card 6960 | 69.62 |
| 12/19 | Card Purchase With Pin | 12/19 Union Valley Ti Royse City TX Card 6739 | 96.27 |
| 12/20 | Card Purchase | 12/18 Autozone #5798 Dallas TX Card 8339 | 71.19 |
| 12/20 | Card Purchase | 12/19 Shell Oil 12746132005 Rockwall TX Card 7026 | 64.86 |
| 12/20 | Card Purchase | 12/19 The Home Depot 554 Arlington TX Card 8339 | 92.09 |
| 12/20 | Card Purchase | 12/19 The Home Depot 6816 Dallas TX Card 8172 | 76.25 |
| 12/20 | Card Purchase | 12/19 The Home Depot 6814 Fort Worth TX Card 8461 | 308.62 |
| 12/20 | Card Purchase | 12/19 Nayax Air 2 Hunt Valley MD Card 6549 | 2.00 |
| 12/20 | Card Purchase | 12/19 7-Eleven 34725 Arlington TX Card 8339 | 62.11 |
| 12/20 | Card Purchase | 12/19 Csc Servicework Irving TX Card 6549 | 2.00 |
| 12/20 | Card Purchase | 12/19 Fuel City Mesquite TX Card 8461 | 70.43 |
| 12/20 | Card Purchase | 12/19 The Home Depot 554 Arlington TX Card 6838 | 112.48 |
| 12/21 | Card Purchase | 12/20 7-Eleven 38938 Fort Worth TX Card 7067 | 54.21 |
| 12/21 | Card Purchase | 12/20 Exxon Ck 127 Tawakon West Tawakoni TX Card 8172 | 79.34 |
| 12/21 | Card Purchase | 12/20 Exxon Ck 127 Tawakon West Tawakoni TX Card 8271 | 41.97 |
| 12/21 | Card Purchase | 12/20 Qt 900 Dallas TX Card 6960 | 92.69 |
| 12/21 | Card Purchase | 12/20 The Home Depot 6502 Allen TX Card 6838 | 220.23 |
| 12/21 | Card Purchase | 12/20 The Home Depot 6804 Dallas TX Card 8271 | 400.00 |
| 12/21 | Card Purchase | 12/20 Discount-Tire-CO Txd-30 Carrollton TX Card 6549 | 49.26 |
| 12/21 | Card Purchase | 12/20 The Home Depot 527 Plano TX Card 6804 | 58.02 |
| 12/21 | Card Purchase | 12/20 Lowes #00515* Dallas TX Card 6549 | 83.50 |
| 12/21 | Card Purchase | 12/20 The Home Depot 527 Plano TX Card 6838 | 89.66 |
| 12/21 | Card Purchase | 12/20 The Home Depot 6804 Dallas TX Card 7067 | 43.13 |
| 12/21 | Card Purchase | 12/20 The Home Depot 6814 Fort Worth TX Card 8578 | 469.56 |
| 12/21 | Card Purchase With Pin | 12/21 Shell Service Station Tyler TX Card 6044 | 75.85 |
| 12/22 | Card Purchase | 12/20 Racetrac 630  00006304 Garland TX Card 6549 | 56.62 |
| 12/22 | Card Purchase | 12/21 Chevron 0384685 Venus TX Card 8578 | 60.81 |
| 12/22 | Card Purchase | 12/21 White Star Mart Mesquite TX Card 6838 | 65.00 |
| 12/22 | Card Purchase | 12/21 7-Eleven 35769 Forney TX Card 7067 | 58.97 |
| 12/22 | Card Purchase | 12/21 The Home Depot 6833 Plano TX Card 6549 | 150.44 |
| 12/22 | Card Purchase | 12/21 The Home Depot 6833 Plano TX Card 6838 | 64.52 |
| 12/22 | Card Purchase | 12/21 The Home Depot 527 Plano TX Card 6549 | 128.37 |
| 12/22 | Card Purchase | 12/21 Exxon Tiger Mart #21 Venus TX Card 8172 | 81.53 |
| 12/22 | Card Purchase | 12/21 Texaco 0384819 Dallas TX Card 8271 | 95.01 |
| 12/22 | Card Purchase | 12/22 Napa Auto Accessories 815-277-5440 IL Card 8313 | 293.89 |
| 12/22 | Card Purchase | 12/21 The Home Depot 542 Fort Worth TX Card 8172 | 2.14 |
| 12/22 | Card Purchase With Pin | 12/22 Tiger Mart #22 Forney TX Card 6739 | 86.72 |
| 12/26 | Card Purchase | 12/21 Racetrac 2446 00724468 Greenville TX Card 6804 | 27.24 |
| 12/26 | Card Purchase | 12/21 The Home Depot 6502 Allen TX Card 6838 | 220.77 |
| 12/26 | Card Purchase | 12/22 Racetrac 630  00006304 Garland TX Card 6549 | 41.62 |
| 12/26 | Card Purchase | 12/22 Xpress Point Greenville TX Card 6804 | 78.03 |

**CHASE ○**

December 05, 2023 through December 29, 2023

Account Number:    6026



## ATM & DEBIT CARD WITHDRAWALS   (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|-------:|
| 12/26 | Card Purchase | 12/22 Exxon Tiger Mart #22 Forney TX Card 8339 | 60.67 |
| 12/26 | Card Purchase | 12/22 Nayax Air 2 Hunt Valley MD Card 8339 | 2.00 |
| 12/26 | Card Purchase | 12/22 Wolf Trailers Terrell TX Card 7067 | 283.05 |
| 12/26 | Card Purchase | 12/22 Circle K Dealer #05894 Dallas TX Card 6804 | 40.00 |
| 12/26 | Card Purchase | 12/22 Exxon Tiger Mart #22 Forney TX Card 7067 | 45.45 |
| 12/26 | Card Purchase | 12/22 The Home Depot 551 Plano TX Card 6549 | 235.47 |
| 12/26 | Card Purchase | 12/22 Exxon Tiger Mart #22 Forney TX Card 6044 | 39.38 |
| 12/26 | Card Purchase | 12/22 The Home Depot 8521 White Settlem TX Card 6804 | 23.58 |
| 12/26 | Card Purchase | 12/22 Lowes #01199* Allen TX Card 8271 | 66.34 |
| 12/26 | Card Purchase | 12/22 The Home Depot 6557 Irving TX Card 6960 | 7.01 |
| 12/26 | Card Purchase | 12/22 Racetrac504  00005041 Dallas TX Card 8461 | 62.34 |
| 12/26 | Card Purchase | 12/23 Shell Oil 12746132005 Rockwall TX Card 8339 | 78.60 |
| 12/26 | Card Purchase | 12/24 Exxon Tiger Mart #22 Forney TX Card 6960 | 74.11 |
| 12/27 | Card Purchase | 12/26 Shell Oil 12746132005 Rockwall TX Card 8339 | 59.60 |
| 12/27 | Card Purchase | 12/26 Exxon Ck 127 Tawakon West Tawakoni TX Card 8172 | 59.76 |
| 12/27 | Card Purchase | 12/26 The Home Depot 0598 Dallas TX Card 6960 | 230.58 |
| 12/27 | Card Purchase | 12/26 Trinity Valley Electr 972-932-2214 TX Card 3129 | 466.00 |
| 12/27 | Card Purchase | 12/26 The Home Depot 6804 Dallas TX Card 6804 | 16.22 |
| 12/27 | Card Purchase | 12/26 The Home Depot 527 Plano TX Card 6838 | 200.00 |
| 12/27 | Card Purchase | 12/26 The Home Depot 551 Plano TX Card 6549 | 14.70 |
| 12/27 | Card Purchase | 12/26 The Home Depot 527 Plano TX Card 6838 | 447.29 |
| 12/27 | Card Purchase | 12/26 The Home Depot 542 Fort Worth TX Card 7067 | 214.10 |
| 12/27 | Card Purchase | 12/26 VAN Marcke 1134 Fortworth TX Card 7067 | 151.59 |
| 12/27 | Card Purchase | 12/26 VAN Marcke 1134 Fortworth TX Card 7067 | 25.75 |
| 12/27 | Card Purchase | 12/26 The Home Depot 0598 Dallas TX Card 6960 | 28.08 |
| 12/27 | Card Purchase | 12/26 7-Eleven 35662 Fort Worth TX Card 7067 | 59.27 |
| 12/27 | Card Purchase With Pin | 12/27 Shell Service Station Forney TX Card 3129 | 104.05 |
| 12/28 | Card Purchase | 12/26 Xpress Point Greenville TX Card 6804 | 36.45 |
| 12/28 | Card Purchase | 12/26 The Home Depot #0564 Dallas TX Card 6549 | 609.51 |
| 12/28 | Card Purchase | 12/26 Racetrac2371  00023713 Plano TX Card 6838 | 34.14 |
| 12/28 | Card Purchase | 12/27 City of Dallas Substa 111-222-3333 TX Card 8313 | 100.00 |
| 12/28 | Card Purchase | 12/27 City of Dallas Substa 111-222-3333 TX Card 8313 | 100.00 |
| 12/28 | Card Purchase | 12/27 The Home Depot 550 Dallas TX Card 8339 | 197.22 |
| 12/28 | Card Purchase | 12/27 The Home Depot 550 Dallas TX Card 8339 | 180.41 |
| 12/28 | Card Purchase | 12/27 Moore Supply Company Mesquite TX Card 6804 | 774.31 |
| 12/28 | Card Purchase | 12/27 The Home Depot 6804 Dallas TX Card 6549 | 215.42 |
| 12/28 | Card Purchase | 12/27 The Home Depot 550 Dallas TX Card 8172 | 51.92 |
| 12/28 | Card Purchase | 12/27 The Home Depot 550 Dallas TX Card 6838 | 102.79 |
| 12/28 | Card Purchase | 12/27 The Home Depot 589 Dallas TX Card 8271 | 262.45 |
| 12/28 | Card Purchase | 12/27 National Wholesale Supp Richardson TX Card 8461 | 49.19 |
| 12/28 | Card Purchase | 12/27 The Home Depot 551 Plano TX Card 6549 | 101.91 |
| 12/28 | Card Purchase | 12/27 Exxon Chilly Mart # 12 Haltom City TX Card 8461 | 42.81 |
| 12/28 | Card Purchase | 12/27 Autozone #3983 Quinlan TX Card 8172 | 16.31 |
| 12/28 | Card Purchase | 12/27 Chevron 0105972 Dallas TX Card 6804 | 54.10 |
| 12/28 | Card Purchase | 12/27 Exxon Tiger Mart #22 Forney TX Card 7026 | 62.35 |
| 12/28 | Card Purchase With Pin | 12/28 Union Valley Ti Royse City TX Card 6739 | 95.93 |
| 12/29 | Card Purchase | 12/27 Reames Market Greenville TX Card 8271 | 78.90 |
| 12/29 | Card Purchase | 12/27 Autozone #5799 Dallas TX Card 8271 | 51.94 |
| 12/29 | Card Purchase | 12/28 Chevron 0358914 Nevada TX Card 7067 | 0.04 |
| 12/29 | Card Purchase | 12/28 Chevron 0358914 Nevada TX Card 7067 | 55.19 |
| 12/29 | Card Purchase | 12/28 The Home Depot 542 Fort Worth TX Card 7026 | 89.78 |

# CHASE ⬡

December 05, 2023 through December 29, 2023

Account Number:      6026

## ATM & DEBIT CARD WITHDRAWALS  (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 12/29 | Card Purchase | 12/28 The Home Depot 6557 Irving TX Card 8339 | 652.91 |
| 12/29 | Card Purchase | 12/28 The Home Depot 527 Plano TX Card 6838 | 400.91 |
| 12/29 | Card Purchase | 12/28 The Home Depot 0598 Dallas TX Card 6804 | 62.37 |
| 12/29 | Card Purchase | 12/28 The Home Depot 550 Dallas TX Card 7067 | 165.86 |
| 12/29 | Card Purchase | 12/28 The Home Depot 6804 Dallas TX Card 8339 | 222.37 |
| 12/29 | Card Purchase | 12/28 Sp Ocmounts.Com Httpsocmounts CA Card 8313 | 284.81 |
| 12/29 | Card Purchase With Pin | 12/29 Nat 24 Canton Canton TX Card 6044 | 28.55 |

Total ATM & Debit Card Withdrawals                                        $29,479.20

## ATM & DEBIT CARD SUMMARY

Nathan J Smith  Card 3129

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $5,860.80 |
| Total Card Deposits & Credits | $0.00 |

Brandy P Smith  Card 6044

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $314.37 |
| Total Card Deposits & Credits | $0.00 |

Frederick C Gray  Card 6549

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,230.65 |
| Total Card Deposits & Credits | $0.00 |

William Sutton  Card 6739

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $368.22 |
| Total Card Deposits & Credits | $0.00 |

Caleb Bane  Card 6804

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $3,864.95 |
| Total Card Deposits & Credits | $31.13 |

Isaiah Barnes  Card 6838

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,906.77 |
| Total Card Deposits & Credits | $188.37 |

Brian Benford  Card 6960

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $939.91 |
| Total Card Deposits & Credits | $0.00 |

Craig Cody  Card 7026

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $448.19 |
| Total Card Deposits & Credits | $0.00 |

Calvin Fergerson  Card 7067

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,451.99 |



December 05, 2023 through December 29, 2023

Account Number:      6026



|  |  |  |
|---|---|---:|
| | Total Card Deposits & Credits | $0.00 |
| **David Lorenz  Card 8172** | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $719.22 |
| | Total Card Deposits & Credits | $0.00 |
| **Anthony Melendez  Card 8271** | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $1,428.17 |
| | Total Card Deposits & Credits | $268.04 |
| **Gregory Roberts  Card 8313** | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $1,713.57 |
| | Total Card Deposits & Credits | $0.00 |
| **David Sikes  Card 8339** | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $2,352.96 |
| | Total Card Deposits & Credits | $0.00 |
| **Stephanie Marie Yvon  Card 8388** | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $2,041.65 |
| | Total Card Deposits & Credits | $0.00 |
| **Tommy Cleve Renfrow  Card 8461** | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $1,657.79 |
| | Total Card Deposits & Credits | $0.00 |
| **James Sutton  Card 8578** | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $1,179.99 |
| | Total Card Deposits & Credits | $0.00 |
| **ATM & Debit Card Totals** | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $29,479.20 |
| | Total Card Deposits & Credits | $487.54 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/05 | 12/05 Transfer To Chk Xxxxx9198 | $5,000.00 |
| 12/08 | Orig CO Name:Intuit          Orig ID:9215986206 Desc Date:231208 CO Entry Descr:Acctverifysec:PPD   Trace#:021000029561853 Eed:231208  Ind ID: Ind Name:Fredrick Lee Press Plu Trn: 3429561853Tc | 0.33 |
| 12/08 | 12/08 Online Transfer To Chk    8950 Transaction#: 19233112062 | 786.75 |
| 12/11 | 12/11 Online Transfer To Chk    8950 Transaction#: 19264481384 | 750.00 |
| 12/15 | 12/15 Online Domestic Wire Transfer Via: Inwood Dallas/111001040 A/C: John Young Construction Ennis TX 75119 US Ref: Fred's Plumbing Imad: 1215Mmqfmp2L007173 Trn: 3116163349Es | 4,200.00 |
| 12/15 | 12/15 Online Domestic Wire Transfer A/C: Ross & Smith, PC IOLTA Trust Dallas TX 75201-7459 US Ref: Fredrick Lee Press Plumbing LLC Trn: 3271093349Es | 1,500.00 |
| 12/15 | 12/15 Online Transfer To Chk    8950 Transaction#: 19299028517 | 786.75 |
| 12/15 | Zelle Payment To Stephanie Yvon Jpm99A6J4Bwi | 932.07 |
| 12/15 | Zelle Payment To Stephanie Yvon Jpm99A6J4Cds | 1,109.16 |

# CHASE ◆

December 05, 2023 through December 29, 2023

Account Number:      6026

## ELECTRONIC WITHDRAWALS    (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | Orig CO Name:Health Care Serv      Orig ID:3000027465 Desc Date:121823 CO Entry Descr:Obppaymt Sec:CCD    Trace#:043000264763317 Eed:231218  Ind ID:1967512141 Ind Name:Frederick Lee Press Pl Trn: 3524763317Tc | 13,700.20 |
| 12/18 | 12/16 Online Transfer To Chk    1339 Transaction#: 19310333184 | 10,000.00 |
| 12/19 | Orig CO Name:Webfile Tax Pymt     Orig ID:2146000311 Desc Date:      CO Entry Descr:Dd Sec:CCD    Trace#:021000025568254 Eed:231219  Ind ID:902/74269720          Ind Name:33311/12345/EDI/Xml -                            Cpa Tax Payments Trn: 3535568254Tc | 7,455.12 |
| 12/20 | Orig CO Name:Acuity        Orig ID:1390491540 Desc Date:231218 CO Entry Descr:Ins Prem Sec:Web  Trace#:075901137672572 Eed:231220  Ind ID:Zl0904            Ind Name:Fredrick Lee Press Plu Trn: 3547672572Tc | 17,763.75 |
| 12/20 | Orig CO Name:The Lane Law Fir    Orig ID:1742354575 Desc Date:      CO Entry Descr:Corp Coll Sec:CCD    Trace#:114000099856893 Eed:231220  Ind ID: Ind Name:Fredrick Lee Press Plu Trn: 3549856893Tc | 2,500.00 |
| 12/21 | 12/21 Online Transfer To Chk    1339 Transaction#: 19358711744 | 10,000.00 |
| 12/22 | Zelle Payment To Stephanie Yvon Jpm99A6Vjagp | 1,019.01 |
| 12/22 | Zelle Payment To Stephanie Yvon Jpm99A6Vjibq | 784.72 |
| 12/22 | 12/22 Online Transfer To Chk    8950 Transaction#: 19365412935 | 786.75 |
| 12/22 | 12/22 Online Domestic Wire Transfer Via: Inwood Dallas/111001040 A/C: John Young Construction Ennis TX 75119 US Ref: Fred's Plumbing Imad: 1222Mmqfmp2N033080 Trn: 3678383356Es | 3,100.00 |
| 12/26 | Orig CO Name:Intuit *        Orig ID:0000756346 Desc Date:231223 CO Entry Descr:Qbooks Onlsec:CCD    Trace#:021000020064929 Eed:231226  Ind ID:3741657 Ind Name:Fredrick Lee Press Plu 800-446-8848 Trn: 3600064929Tc | 213.20 |
| 12/27 | 12/27 Online Payment 19407518393 To Lincoln Automotive Financial | 1,032.04 |
| 12/27 | 12/27 Online Payment 19407500569 To Ford Motor Credit | 20,047.49 |
| 12/27 | 12/27 Online Domestic Wire Transfer Via: Inwood Dallas/111001040 A/C: John Young Construction Ennis TX 75119 US Ref: Fred's Plumbing Imad: 1227Mmqfmp2L031551 Trn: 3569213361Es | 4,200.00 |
| 12/29 | 12/29 Online Transfer To Chk    8950 Transaction#: 19428559119 | 786.75 |
| 12/29 | Zelle Payment To Stephanie Yvon Jpm99A779Vqx | 1,241.76 |
| 12/29 | Zelle Payment To Stephanie Yvon Jpm99A779Wb8 | 1,103.66 |
| | Total Electronic Withdrawals | $110,799.51 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/08 | 12/08 Withdrawal | $2,400.00 |
| | Total Other Withdrawals | $2,400.00 |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | Orig CO Name:Check OR Supply      Orig ID:1410216800 Desc Date:231208 CO Entry Descr:Order    Sec:PPD    Trace#:042000019658979 Eed:231212   Ind ID: Ind Name:Fredrick Lee P P LLC Trn: 3469658979Tc | $20.00 |
| | Total Fees | $20.00 |



December 05, 2023 through December 29, 2023

Account Number:      6026



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 12/05 | $16,291.66 | 12/13 | 32,601.98 | 12/21 | 70,769.01 |
| 12/06 | 22,060.74 | 12/14 | 45,936.18 | 12/22 | 58,596.94 |
| 12/07 | 20,910.89 | 12/15 | 85,035.70 | 12/26 | 64,800.82 |
| 12/08 | 19,118.82 | 12/18 | 65,694.19 | 12/27 | 36,833.89 |
| 12/11 | 27,511.69 | 12/19 | 75,377.58 | 12/28 | 46,333.84 |
| 12/12 | 24,016.59 | 12/20 | 74,195.50 | 12/29 | 53,354.42 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $250.00 |
| Total Service Charges | $250.00  Will be assessed on 1/4/24 |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **No Hassle Fees** | | | | | |
| ATM - Non Chase Inquiry | 1 | Unlimited | 0 | $2.50 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Items Deposited | 82 | Unlimited | 0 | $0.40 | $0.00 |
| Electronic Credits | 22 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 376 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 9 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online Domestic Wire Fee | 4 | 4 | 0 | $25.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Quick Deposit Cancellation Fee | 1 | 0 | 1 | $250.00 | $250.00 |
| **Subtotal Other Service Charges (Will be assessed on 1/4/24)** | | | | | **$250.00** |

**ACCOUNT** 000000569116026

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Items Deposited | 82 |
| Electronic Credits | 11 |
| **Credits** | |
| Non-Electronic Transactions | 268 |
| **Miscellaneous Fees** | |
| Online Domestic Wire Fee | 4 |
| **Cash Management Services** | |
| Quick Deposit Cancellation Fee | 1 |

**ACCOUNT** 000000836130879

| | |
|---|---|
| **Credits** | |
| Non-Electronic Transactions | 16 |

**ACCOUNT** 000000957279166

**No Hassle Fees**



December 05, 2023 through December 29, 2023

Account Number:      6026

## SERVICE CHARGE DETAIL (continued)

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| ATM - Non Chase Inquiry | 1 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 11 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 92 | | | | |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 9 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 01, 2023 through December 29, 2023

Account Number: ████████5933

00138425 1 AV 00.498

00138425 DRE 201 143 36423 NNNNNNNNNNN T 1 000000000 64 000818 P1764
FREDRICK LEE PRESS PLUMBING, LLC
9056 FM 1641
TERRELL TX 75160-7366

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## SAVINGS SUMMARY | Chase Business Premier Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1.00 |
| Other Withdrawals | 1 | -1.00 |
| **Ending Balance** | **1** | **$0.00** |
| | | |
| Annual Percentage Yield Earned This Period | | 0.00% |
| Interest Paid Year-to-Date | | $13.07 |

Please note that this account was closed on 12/05/23.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$1.00** |
| 12/05 | 12/05 Transfer To Chk Xxxxx6026 | -1.00 | 0.00 |
| | **Ending Balance** | | **$0.00** |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 01, 2023 through December 29, 2023

Account Number: ████████9198

00138343 1 AV 00.498

00138343 DRE 201 143 36423 NNNNNNNNNNN T 1 000000000 64 000817 P1764
FREDRICK LEE PRESS PLUMBING, LLC
9056 FM 1641
TERRELL TX 75160-7366

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY — Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $37,654.73 |
| Deposits and Additions | 7 | 36,006.12 |
| Checks Paid | 21 | -24,722.06 |
| ATM & Debit Card Withdrawals | 13 | -6,616.11 |
| Electronic Withdrawals | 12 | -38,491.68 |
| Other Withdrawals | 1 | -3,600.00 |
| Fees | 1 | -231.00 |
| Ending Balance | 55 | $0.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

Please note that this account was closed on 12/12/23.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | Remote Online Deposit       1 | $1,886.99 |
| 12/01 | Orig CO Name:Rre Parkridge Ho      Orig ID:2281350645 Desc Date:231130 CO Entry Descr:Achpmt   Sec:CCD   Trace#:051000015538702 Eed:231201   Ind ID:2644 Ind Name:Fred's Plumbing Trn: 3355538702Tc | 7,404.03 |
| 12/01 | Orig CO Name:Rre Grapevine Ho      Orig ID:2181350645 Desc Date:231130 CO Entry Descr:Achpmt   Sec:CCD   Trace#:051000015538704 Eed:231201   Ind ID:2644 Ind Name:Fred's Plumbing Trn: 3355538704Tc | 523.71 |
| 12/04 | Remote Online Deposit       1 | 14,113.07 |
| 12/05 | Remote Online Deposit       1 | 5,440.41 |
| 12/05 | Transfer From Chk Xxxxx6026 | 5,000.00 |
| 12/06 | Orig CO Name:Cw Audelia Renov      Orig ID:1932300141 Desc Date:      CO Entry Descr:Lavd2 12.5Sec:CCD   Trace#:113024167273981 Eed:231206   Ind ID:3131386 Ind Name:Freds Plumbing      1019A1116 Trn: 3397273981Tc | 1,637.91 |

| **Total Deposits and Additions** | **$36,006.12** |
|---|---|



December 01, 2023 through December 29, 2023

Account Number: ████████9198

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 10432 ^ | | 12/05 | $1,428.41 |
| 10457 * ^ | | 12/01 | 1,245.44 |
| 10463 * ^ | | 12/05 | 150.00 |
| 10464 ^ | | 12/01 | 2,209.74 |
| 10466 * ^ | | 12/04 | 1,245.78 |
| 10467 ^ | | 12/01 | 2,967.50 |
| 10468 ^ | | 12/01 | 1,701.88 |
| 10470 * ^ | | 12/05 | 1,908.53 |
| 10471 ^ | | 12/01 | 1,289.47 |
| 10472 ^ | | 12/04 | 2,420.48 |
| 10473 ^ | | 12/01 | 3,319.08 |
| 10474 ^ | | 12/01 | 1,275.91 |
| 10475 ^ | | 12/04 | 811.26 |
| 10477 * ^ | | 12/04 | 1,532.40 |
| 10478 ^ | | 12/01 | 73.40 |
| 10479 ^ | | 12/01 | 54.17 |
| 10480 ^ | | 12/04 | 77.11 |
| 10482 * ^ | | 12/04 | 70.00 |
| 10483 ^ | | 12/06 | 173.50 |
| 10484 ^ | | 12/04 | 25.00 |
| 10485 ^ | | 12/06 | 743.00 |

**Total Checks Paid** **$24,722.06**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 12/01 | Recurring Card Purchase 12/01 Google *Gsuite_Freds Cc@Google.Com CA Card 3129 | | $91.76 |
| 12/04 | Card Purchase | 11/30 The Home Depot #6557 Irving TX Card 3129 | 76.99 |
| 12/04 | Card Purchase | 11/30 The Home Depot #0551 Plano TX Card 3129 | 291.05 |
| 12/04 | Card Purchase | 11/30 The Home Depot #6537 Mesquite TX Card 3129 | 77.83 |
| 12/04 | Recurring Card Purchase 12/01 Razorsync 612-4865420 TN Card 3129 | | 580.00 |
| 12/04 | Card Purchase | 12/01 Msc 33 Plano 817-870-2227 TX Card 3129 | 4,602.18 |
| 12/04 | Card Purchase | 12/01 The Home Depot #8521 White Settlem TX Card 3129 | 177.38 |
| 12/04 | Card Purchase | 12/01 The Home Depot #0598 Dallas TX Card 3129 | 91.07 |
| 12/04 | Card Purchase | 12/01 Pltpayweb 405-936-3600 OK Card 3129 | 70.75 |
| 12/04 | Card Purchase | 12/01 The Home Depot #6555 Carrollton TX Card 3129 | 90.40 |
| 12/04 | Card Purchase | 12/02 The Home Depot #0537 Euless TX Card 3129 | 143.71 |
| 12/04 | Card Purchase | 12/02 The Home Depot #0598 Dallas TX Card 3129 | 271.61 |
| 12/04 | Card Purchase | 12/02 The Home Depot #0552 Dallas TX Card 3129 | 51.38 |

**Total ATM & Debit Card Withdrawals** **$6,616.11**

# CHASE ◆

December 01, 2023 through December 29, 2023

Account Number: ████████9198

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/01 | Zelle Payment To Stephanie Yvon Jpm99A5Ttqc7 | $1,501.84 |
| 12/01 | Zelle Payment To Stephanie Yvon Jpm99A5Ttxtx | 1,458.09 |
| 12/04 | Orig CO Name:Gusto          Orig ID:9138864007 Desc Date:231204 CO Entry Descr:Fee 764157Sec:CCD   Trace#:021000023116062 Eed:231204  Ind ID:6Semjvpif1P          Ind Name:Fredrick Lee Press Plu 6Semjn0Adht Trn: 3383116062Tc | 341.12 |
| 12/04 | 12/04 Online Domestic Wire Transfer Via: Inwood Dallas/111001040 A/C: John Young Construction Ennis TX 75119 US Ref: Fred's Plumbing Imad: 1204Mmqfmp2M026154 Trn: 3629453338Es | 1,500.00 |
| 12/04 | Zelle Payment To Stephanie Yvon Jpm99A604Jlq | 130.15 |
| 12/05 | 12/05 Transfer To Chk Xxxxx6026 | 21,690.44 |
| 12/05 | Orig CO Name:Beam-Premium       Orig ID:7611776148 Desc Date:     CO Entry Descr:Epay     Sec:CCD   Trace#:121140393652907 Eed:231205  Ind ID:TX26391 Ind Name:Fredrick Lee Press-Plu Trn: 3393652907To | 154.20 |
| 12/06 | 12/06 Online Transfer To Chk ...6026 Transaction#: 19213282771 | 6,431.90 |
| 12/07 | 12/07 Online Domestic Wire Transfer Via: Inwood Dallas/111001040 A/C: John Young Construction Ennis TX 75119 US Ref: Fred's Plumbing Imad: 1207Mmqfmp2K022486 Trn: 3392993341Es | 2,000.00 |
| 12/08 | Zelle Payment To Stephanie Yvon Jpm99A66Rldp | 958.88 |
| 12/08 | Zelle Payment To Stephanie Yvon Jpm99A66Ria0 | 1,019.01 |
| 12/11 | 12/11 Online Transfer To Chk ...6026 Transaction#: 19261364929 | 1,306.05 |
| **Total Electronic Withdrawals** | | **$38,491.68** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/01 | 12/01 Withdrawal | $3,600.00 |
| **Total Other Withdrawals** | | **$3,600.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/01 | Service Charges For The Month of November | $231.00 |
| **Total Fees** | | **$231.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/01 | $26,450.18 |
| 12/04 | 25,885.60 |
| 12/05 | 10,994.43 |
| 12/06 | 5,283.94 |
| 12/07 | 3,283.94 |
| 12/08 | 1,306.05 |
| 12/11 | 0.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**CHASE** ⬡

December 01, 2023 through December 29, 2023

Account Number: ▉▉▉▉▉▉▉9198

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**