THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| FREDRICK LEE PRESS PLUMBING, LLC | § | |
| DEBTOR | § | BANKRUPTCY CASE NO. 23-32662 |

**NOTICE OF CANCELLATION OF CHAPTER 11 CONFIRMATION HEARING**
**(Docket No.'s 69, 70 & 72)**

You are hereby notified that the Plan Confirmation hearing currently set for March 27, 2024 at 9:30 am is hereby **CANCELLED**. Debtor will be filing an Amended Chapter 11 Plan and submitting new ballots.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Notice of Cancellation of the Plan Confirmation Hearing was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on March 8, 2024:

<u>Debtor:</u>
Fredrick Lee Press Plumbing, LLC
9056 FM 1641
Terrell, Texas 75160

<u>US Trustee:</u>
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242

<u>Parties Requesting Notice</u>
Eboney D. Cobb on behalf of Creditor Forney ISD
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Courtney Jane Hull on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Robert Lane on behalf of Debtor Fredrick Lee Press Plumbing, LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Emma Perez McKellar on behalf of Creditor Regions Bank
emckellar@bakerdonelson.com

Amy Parette on behalf of Creditor Regions Bank
aparette@bakerdonelson.com

Frances A. Smith on behalf of Trustee Frances A. Smith (SBRA V)
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com;cfas11@trustesolutions.net

Frances A. Smith (SBRA V)
frances.smith@judithwross.com

Matthew Thomas Taplett on behalf of Creditor Newtek Small Business Finance, LLC
mtaplett@popehardwicke.com

Dawn Whalen Theiss on behalf of Creditor Small Business Administration
dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

John Kendrick Turner on behalf of Creditor Kaufman County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Stephen Wilcox on behalf of Creditor Ford Motor Credit Company LLC
swilcox@wilcoxlaw.net,
swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

Stephen Wilcox on behalf of Creditor Lincoln Automotive Financial Services
swilcox@wilcoxlaw.net,
swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

*/s/Robert C. Lane*
Robert C. Lane

```
Label Matrix for local noticing          Ally Bank, c/o AIS Portfolio Services, LLC   Ford Motor Credit Company, LLC, c/o AIS Port
0539-3                                   4515 N Santa Fe Ave. Dept. APS               4515 N Santa Fe Ave. Dept. APS
Case 23-32662-mvl11                      Oklahoma City, OK 73118-7901                 Oklahoma City, OK 73118-7901
Northern District of Texas
Dallas
Fri Mar  8 08:20:39 CST 2024

Forney ISD                               Fredrick Lee Press Plumbing, LLC             Kaufman County
% Perdue Brandon Fielder Et Al           9056 FM 1641                                 Linebarger Goggan Blair & Sampson, LLP
500 E. Border Street                     Terrell, TX 75160-7366                       c/o John Kendrick Turner
Suite 640                                                                             2777 N. Stemmons Freeway
Arlington, TX 76010-7457                                                              Suite 1000
                                                                                      Dallas, TX 75207-2328

Newtek Small Business Finance, LLC       Texas Comptroller of Public Accounts         Texas Comptroller of Public Accounts, Revenu
c/o Matthew T. Taplett, Esq.             c/o Office of the Attorney General           Courtney J. Hull
500 W.7th St., Suite 600                 Bankruptcy - Collections Division MC-008     P.O. Box 12548
Fort Worth, TX 76102-4751                PO Box 12548                                 Austin, TX 78711-2548
                                         Austin, tx 78711-2548

U.S. Attorney                            U.S. Attorney General                        1100 Commerce Street
1100 Commerce, 3rd Floor                 Department of Justice                        Room 1254
Dallas, TX 75242-1074                    Washington, DC 20001                         Dallas, TX 75242-1305


Ally Bank                                American Express National Bank               Berkovitch & Bouskila, PLLC
AIS Portfolio Services, LLC              c/o Becket and Lee LLP                       1545 US 202  Suite 101
4515 N Santa Fe Ave. Dept. APS           PO Box 3001                                  Pomona, NY 10970-2951
Oklahoma City, OK 73118-7901             Malvern  PA 19355-0701


BizFund, LLC                             Bizfund LLC                                  Blue Ribbon Funding
Allison Yager                            2371 Mcdonald Ave 2nd Fl                     1317 Edgewater Drive Suite 1845
Katten Muchin Rosenman LLP               Brooklyn, NY 11223-4738                      Orlando, FL 32804-6350
525 West Monroe Street
Chicago, IL 60661-3693

Brandy Press-Smith                       Cellco Partnership d/b/a Verizon Wireless    Comptroller of Public Accounts
9056 FM 1641                             William M Vermette                           C/O Office of the Attorney General
Terrell, TX 75160-7366                   22001 Loudoun County PKWY                    Bankruptcy - Collections Division MC-008
                                         Ashburn, VA 20147-6122                       PO Box 12548
                                                                                      Austin TX  78711-2548

DeLaura Press                            Ershowsky Verstandig                         Ford Motor Credit Co.
9056 FM 1641                             290 Central Avenue Suite 109                 Bankruptcy Department
Terrell, TX 75160-7366                   Lawrence, NY 11559-8507                      Post Office Box 542000
                                                                                      Omaha, NE 68154-8000


(p)FORD MOTOR CREDIT COMPANY             Ford Motor Credit Company LLC                Ford Motor Credit Company, LLC
P O BOX 62180                            c/o Wilcox Law, PLLC                         AIS Portfolio Services, LLC
COLORADO SPRINGS CO 80962-2180           P.O. Box 201849                              4515 N Santa Fe Ave. Dept. APS
                                         Arlington, TX 76006-1849                     Oklahoma City, OK 73118-7901


Forney ISD                               Fox Capital Group, Inc.                      Fredrick Lee Press
c/o Perdue Brandon Fielder et al         803 S 21st Avenue                            9056 FM 1641
500 East Border Street, Suite 640        Hollywood, FL 33020-6962                     Terrell, TX 75160-7366
Arlington, TX 76010-7457
```

| | | |
|---|---|---|
| Fundation Group LLC<br>11501 Sunset Hills Road Suite 100<br>Reston, VA 20190-6700 | Fundbox<br>6900 Dallas Parkway 700<br>Plano, TX 75024-7188 | Global Merchant Cash Inc.<br>640 Beavers Street 415<br>New York, NY 10004 |
| Knightsbridge Funding LLC<br>40 Wall Street Suite 2903<br>New York, NY 10005-1304 | Lincoln Automotive Financial Services<br>c/o National Bankruptcy Service Center<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262-0685 |
| Mercedes-Benz Financial Services USA LLC<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, Suite 1000<br>Costa Mesa, CA 92626-7664 | Nathaniel Smith<br>9056 FM 1641<br>Terrell, TX 75160-7366 | Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510-4011 |
| Newtek Small Business Finance<br>1981 Marcus Ave Suite 130<br>New Hyde Park, NY 11042-1046 | (p)ELIOT KIRSHNITZ<br>1981 MARCUS AVENUE SUITE 130<br>LAKE SUCCESS NY 11042-1046 | Regions Bank<br>c/o Amy Parette<br>Baker Donelson Bearman Caldwell & Berkow<br>1301 McKinney Street, Suite 3700<br>Houston, Texas 77010-3034 |
| Samson Funding<br>17 State Street, 6th Floor Suite 630<br>New York, NY 10004-1749 | Samson Group<br>400 Rella Blvd Suite 165-101<br>Suffern, NY 10901-4241 | Samson MCA LLC<br>1545 Route 202<br>1545 Route 202<br>Pomona, NY 10970-2951 |
| Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Swift Funding Source Inc<br>2474 McDonald Ave<br>Brooklyn, NY 11223-5233 | Swift Funding Source, Inc.<br>1019 Avenue P<br>Brooklyn, NY 11223-2364 |
| Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | U.S. Small Business Administration<br>Loan Servicing Center<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 |
| US Small Business Administration<br>150 Westpark Way<br>Suite 130<br>Euless, TX 76040-3705 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Zahav Asset Management LLC<br>234 Cedarhurst Ave. Apt. 21B<br>Cedarhurst, NY 11516-1608 |
| Frances A. Smith (SBRA V)<br>Ross & Smith, PC<br>700 N Pearl St, Suite 1610<br>Dallas, TX 75201-7459 | Robert Lane<br>The Lane Law Firm<br>6200 Savoy, Suite 1150<br>Houston, TX 77036-3369 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company LLC<br>c/o National Bankruptcy Service Center<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | (d)Ford Motor Credit Company LLC<br>c/o National Bankruptcy Service Center<br>PO Box 62180<br>Colorado Springs, CO 80962 | Newtek Small Business Finance, LLC<br>1981 Marcus Ave., Suite 130<br>Lake Success, NY 11042 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ford Motor Credit Company LLC | (u)Lincoln Automotive Financial Services | (u)Regions Bank |
| (u)Schwarz CPA, PC | (u)Small Business Administration | (u)The Lane Law Firm, PLLC |
| (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Fredrick Lee Press Plumbing, LLC<br>9056 FM 1641<br>Terrell, TX 75160-7366 | (d)Kaufman County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 |

End of Label Matrix
Mailable recipients     55
Bypassed recipients      9
Total                   64