THE LANE LAW FIRM, PLLC
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| **FREDRICK LEE PRESS PLUMBING, LLC** § | |
| **DEBTOR** § | **BANKRUPTCY CASE NO. 23-32662** |

### NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on June 10, 2024, the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (this "Court") entered an order (Docket No. 116) (the "Confirmation Order") confirming the Consensual Plan of Reorganization of Fredrick Lee Press Plumbing, LLC (the "Debtor"). Debtor was to complete certain requirements under the Confirmation Order and confirmed Plan in order for the Effective Date of the Plan to become effective. Debtor has met these requirements.

**PLEASE TAKE FURTHER NOTICE OF THE FOLLOWING:**

1. **Effective Date.** Pursuant to the Confirmation Order, the Debtor hereby certifies and gives notice that the Plan became effective in accordance with its terms. The effective date will occur on ***July 10, 2024*** (the "Effective Date").

Dated: July 2, 2024

                                                                             Respectfully submitted,

                                                                             THE LANE LAW FIRM, PLLC

                                                                             */s/Robert C. Lane*
                                                                             Robert C. Lane
                                                                             State Bar No. 24046263
                                                                             notifications@lanelaw.com
                                                                             Joshua D. Gordon
                                                                              State Bar No. 24091592
                                                                             Joshua.gordon@lanelaw.com
                                                                             6200 Savoy, Suite 1150
                                                                             Houston, Texas 77036
                                                                             (713) 595-8200 Voice
                                                                             (713) 595-8201Facsimile
                                                                             COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Notice of Effective Date was served to the parties listed below and the attached matrix via electronic notice by the court's ECF noticing system or by United Staes first-class mail postage pre-paid on July 2, 2024.

<u>Debtor:</u>
Fredrick Lee Press Plumbing, LLC
9056 FM 1641
Terrell, Texas 75160

<u>US Trustee:</u>
Office of the U.S. Trustee:
1100 Commerce Street
Room 976
Dallas, TX 75242

<u>Parties Requesting Notice</u>
Eboney D. Cobb on behalf of Creditor Forney ISD
ecobb@pbfcm.com, ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com

Courtney Jane Hull on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
Robert Lane on behalf of Debtor Fredrick Lee Press Plumbing, LLC
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Emma Perez McKellar on behalf of Creditor Regions Bank
emckellar@bakerdonelson.com

Amy Parette on behalf of Creditor Regions Bank
aparette@bakerdonelson.com

Frances A. Smith on behalf of Trustee Frances A. Smith (SBRA V)
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com;cfas11@trustesolutions.net

Frances A. Smith (SBRA V)
frances.smith@judithwross.com

Matthew Thomas Taplett on behalf of Creditor Newtek Small Business Finance, LLC
mtaplett@popehardwicke.com

Dawn Whalen Theiss on behalf of Creditor Small Business Administration
dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

John Kendrick Turner on behalf of Creditor Kaufman County
john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Stephen Wilcox on behalf of Creditor Ford Motor Credit Company LLC
swilcox@wilcoxlaw.net, swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

Stephen Wilcox on behalf of Creditor Lincoln Automotive Financial Services
swilcox@wilcoxlaw.net, swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

                                                                        */s/ Robert "Chip" Lane*
                                                                        Robert "Chip" Lane

```
Label Matrix for local noticing          Ally Bank                                   Ally Bank, c/o AIS Portfolio Services, LLC
0539-3                                   c/o Quilling, Selander, et al               4515 N Santa Fe Ave. Dept. APS
Case 23-32662-mvl11                      2001 Bryan Street                           Oklahoma City, OK 73118-7901
Northern District of Texas               Suite 1800
Dallas                                   Dallas, TX 75201-3070
Tue Jul  2 07:37:24 CDT 2024

Ford Motor Credit                        Ford Motor Credit Company, LLC, c/o AIS Port   Forney ISD
c/o Quilling, Selander                   4515 N Santa Fe Ave. Dept. APS                 % Perdue Brandon Fielder Et Al
2001 Bryan Street                        Oklahoma City, OK 73118-7901                   500 E. Border Street
Suite 1800                                                                              Suite 640
Dallas, TX 75201-3070                                                                   Arlington, TX 76010-7457

Fredrick Lee Press Plumbing, LLC         Kaufman County                              Newtek Small Business Finance, LLC
9056 FM 1641                             Linebarger Goggan Blair & Sampson, LLP      c/o Matthew T. Taplett, Esq.
Terrell, TX 75160-7366                   c/o John Kendrick Turner                    500 W.7th St., Suite 600
                                         2777 N. Stemmons Freeway                    Fort Worth, TX 76102-4751
                                         Suite 1000
                                         Dallas, TX 75207-2328

Texas Comptroller of Public Accounts     Texas Comptroller of Public Accounts, Revenu   U.S. Attorney
c/o Office of the Attorney General       Courtney J. Hull                               1100 Commerce, 3rd Floor
Bankruptcy - Collections Division MC-008 P.O. Box 12548                                 Dallas, TX 75242-1074
PO Box 12548                             Austin, TX 78711-2548
Austin, tx 78711-2548

U.S. Attorney General                    1100 Commerce Street                        Ally Bank
Department of Justice                    Room 1254                                   AIS Portfolio Services, LLC
Washington, DC 20001                     Dallas, TX 75242-1305                       4515 N Santa Fe Ave. Dept. APS
                                                                                     Oklahoma City, OK 73118-7901

American Express National Bank           Berkovitch & Bouskila, PLLC                 BizFund, LLC
c/o Becket and Lee LLP                   1545 US 202  Suite 101                      Allison Yager
PO Box 3001                              Pomona, NY 10970-2951                       Katten Muchin Rosenman LLP
Malvern  PA 19355-0701                                                               525 West Monroe Street
                                                                                     Chicago, IL 60661-3693

Bizfund LLC                              Blue Ribbon Funding                         Brandy Press-Smith
2371 Mcdonald Ave 2nd Fl                 1317 Edgewater Drive Suite 1845             9056 FM 1641
Brooklyn, NY 11223-4738                  Orlando, FL 32804-6350                      Terrell, TX 75160-7366

Cellco Partnership d/b/a Verizon Wireless   Comptroller of Public Accounts           DeLaura Press
William M Vermette                       C/O Office of the Attorney General          9056 FM 1641
22001 Loudoun County PKWY                Bankruptcy - Collections Division MC-008    Terrell, TX 75160-7366
Ashburn, VA 20147-6122                   PO Box 12548
                                         Austin TX  78711-2548

Ershowsky Verstandig                     Ford Motor Credit Co.                       (p)FORD MOTOR CREDIT COMPANY
290 Central Avenue Suite 109             Bankruptcy Department                       P O BOX 62180
Lawrence, NY 11559-8507                  Post Office Box 542000                      COLORADO SPRINGS CO 80962-2180
                                         Omaha, NE 68154-8000

Ford Motor Credit Company LLC            Ford Motor Credit Company, LLC              Forney ISD
c/o Wilcox Law, PLLC                     AIS Portfolio Services, LLC                 c/o Perdue Brandon Fielder et al
P.O. Box 201849                          4515 N Santa Fe Ave. Dept. APS              500 East Border Street, Suite 640
Arlington, TX 76006-1849                 Oklahoma City, OK 73118-7901                Arlington, TX 76010-7457
```

| | | |
|---|---|---|
| Fox Capital Group, Inc.<br>803 S 21st Avenue<br>Hollywood, FL 33020-6962 | Fredrick Lee Press<br>9056 FM 1641<br>Terrell, TX 75160-7366 | Fundation Group LLC<br>11501 Sunset Hills Road Suite 100<br>Reston, VA 20190-6700 |
| Fundbox<br>6900 Dallas Parkway 700<br>Plano, TX 75024-7188 | Global Merchant Cash Inc.<br>640 Beavers Street 415<br>New York, NY 10004 | Knightsbridge Funding LLC<br>40 Wall Street Suite 2903<br>New York, NY 10005-1304 |
| Lincoln Automotive Financial Services<br>c/o National Bankruptcy Service Center<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262-0685 | Mercedes-Benz Financial Services USA LLC<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Boulevard, Suite 1000<br>Costa Mesa, CA 92626-7664 |
| Nathaniel Smith<br>9056 FM 1641<br>Terrell, TX 75160-7366 | Neubert, Pepe & Monteith, P.C.<br>195 Church Street, 13th Floor<br>New Haven, CT 06510-4011 | (p)ELIOT KIRSHNITZ<br>1981 MARCUS AVENUE SUITE 130<br>LAKE SUCCESS NY 11042-1046 |
| Regions Bank<br>c/o Amy Parette<br>Baker Donelson Bearman Caldwell & Berkow<br>1301 McKinney Street, Suite 3700<br>Houston, Texas 77010-3034 | Samson Funding<br>17 State Street, 6th Floor Suite 630<br>New York, NY 10004-1749 | Samson Group<br>400 Rella Blvd Suite 165-101<br>Suffern, NY 10901-4241 |
| Samson MCA LLC<br>1545 Route 202<br>1545 Route 202<br>Pomona, NY 10970-2951 | Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Swift Funding Source Inc<br>2474 McDonald Ave<br>Brooklyn, NY 11223-5233 |
| Swift Funding Source, Inc.<br>1019 Avenue P<br>Brooklyn, NY 11223-2364 | Texas Comptroller of Public Accountants<br>PO BOX 12548<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>Office of Attorney General<br>BK/Collections<br>P.O. BOX 12548, MC008<br>Austin, TX 787112548 |
| The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | U.S. Small Business Administration<br>Loan Servicing Center<br>2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 | US Small Business Administration<br>150 Westpark Way<br>Suite 130<br>Euless, TX 76040-3705 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Zahav Asset Management LLC<br>234 Cedarhurst Ave. Apt. 21B<br>Cedarhurst, NY 11516-1608 | Frances A. Smith (SBRA V)<br>Ross & Smith, PC<br>700 N Pearl St, Suite 1610<br>Dallas, TX 75201-7459 |
| Robert Lane<br>The Lane Law Firm<br>6200 Savoy, Suite 1150<br>Houston, TX 77036-3369 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company LLC<br>c/o National Bankruptcy Service Center<br>P.O. Box 62180<br>Colorado Springs, CO 80962-2180 | (d)Ford Motor Credit Company LLC<br>c/o National Bankruptcy Service Center<br>PO Box 62180<br>Colorado Springs, CO 80962 | Newtek Small Business Finance<br>1981 Marcus Ave Suite 130<br>New Hyde Park, NY 11042 |
| (d)Newtek Small Business Finance, LLC<br>1981 Marcus Ave., Suite 130<br>Lake Success, NY 11042 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ford Motor Credit Company LLC | (u)Fox Capital Group, Inc. | (u)Lincoln Automotive Financial Services |
| (u)Regions Bank | (u)Schwarz CPA, PC | (u)Small Business Administration |
| (u)The Lane Law Firm, PLLC | (d)Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Fredrick Lee Press Plumbing, LLC<br>9056 FM 1641<br>Terrell, TX 75160-7366 |
| (d)Kaufman County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | End of Label Matrix<br>Mailable recipients     57<br>Bypassed recipients     10<br>Total                   67 | |